1 | Peter L. Haviland, 144967
havilandp@ballardspahr.com
2 | Scott S. Humphreys, 298021
humphreyss@ballardspahr.com
3 | **BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
4 | Los Angeles, CA  90067
Telephone: 424.204.4400
5 | Facsimile: 424.204.4350

6

Attorneys for Defendant
7 | SUBARU OF AMERICA, INC.

8

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11

12 | ALPHA GRP, INC.,

13 | Plaintiff,

14 | v.

15 | SUBARU OF AMERICA, INC.

16 | Defendant.

| | |
|---|---|
| ALPHA GRP, INC., | Case No. 2:18-cv-02133-MWF-MRW |
| Plaintiff, | **DECLARATION OF SCOTT HUMPHREYS IN SUPPORT OF SUBARU'S MOTION FOR PROTECTIVE ORDER** |
| v. | |
| SUBARU OF AMERICA, INC. | Judge: Hon. Michael W. Fitzgerald |
| Defendant. | Date: February 25, 2019 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 5A |
| | 350 West First Street, |
| | Los Angeles, CA 90012 |

17
18
19
20
21
22
23
24
25
26
27
28

DMWEST #17600967 v2

DECLARATION OF SCOTT HUMPHREYS IN SUPPORT OF SUBARU'S MOTION FOR PROTECTIVE ORDER

1      I, Scott S. Humphreys, declare as follows:

2      1.      I am an attorney at Ballard Spahr LLP, counsel of record for

3   Defendant Subaru of America, Inc. ("Subaru") in this action.  I have personal

4   knowledge of the facts set forth in this Declaration, and, if called as a witness,

5   could and would testify competently to such facts.

6      2.      Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot

7   of a text message that Subaru's former employee Robert Weir ("Mr. Weir")

8   received from Colin Dyne on or about 3:27 a.m. on December 25, 2018.  Subaru

9   has identified Mr. Weir as an individual who is likely to have discoverable

10  information that Subaru may use to support its defenses in Subaru's Initial

11  Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), which were

12  served on Plaintiff's counsel on or about September 19, 2018.

13     3.      Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot

14  of two text messages that Mr. Weir received from Colin Dyne on or about

15  March 14 and March 16, 2018 respectively.  This is the same text message that was

16  attached as Exhibit I to Robert Weir's Declaration in support of Subaru's Motion

17  to Transfer or Dismiss Plaintiff's Complaint (Doc. No. 7-1, Exh. I.)  The March 16

18  text message included a link to a press release concerning an unrelated lawsuit

19  which resulted in an award of several hundred million dollars to one of the parties.

20  (https://www.prnewswire.com/news-releases/housecanary-awarded-7062-million-

21  jury-verdict-in-ip-theft-case-against-amrock-300615123.html.)

22     4.      Attached hereto as **Exhibit 3** is a true and correct copy of a letter that

23  counsel for Subaru sent to counsel for Plaintiff on March 22, 2018.  This same letter

24  was attached as Exhibit J to Robert Weir's Declaration in support of Subaru's

25  Motion to Transfer or Dismiss Plaintiff's Complaint (Doc. No. 7-1, Exh. J).

26  No response to this letter was ever received and, to my knowledge, no response was

27  ever sent by Plaintiff, Dyne or their counsel.

28  ////

DMWEST #17600967 v2

DECLARATION OF SCOTT HUMPHREYS IN SUPPORT OF SUBARU'S MOTION FOR PROTECTIVE ORDER

5.     Attached hereto as **Exhibit 4** is a true and correct copy of an ex parte Personal Protection Order that a state court judge in Macomb County, Michigan entered in favor of Mr. Weir on or about December 28, 2018.

6.     On December 28, 2018, counsel for the parties in this action met and conferred with respect to the instant motion pursuant to Local Rule 7-3.  Attached hereto as **Exhibit 5** are true and correct copies of meet and confer communications between counsel for Subaru and for Plaintiff/Mr. Dyne.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of January, 2019 at Los Angeles, California.

Scott Humphreys /ds
Scott Humphreys

DMWEST #17600967 v2

DECLARATION OF SCOTT HUMPHREYS IN SUPPORT OF SUBARU'S MOTION FOR PROTECTIVE ORDER