# **Exhibit 1**

**Colin Dyne**
(310) 867-9991

Nice Job Rob
I will make sure that U loose ur job over this
You are a worthless no spine human being ..

Even your own people hate You ask Lance what he thinks of u ! Scum I'll see u on the other side ... I have been in contact with Japan and I am sure u will hear from THEM

6:28 PM

Friday, March 16, 2018

https://www.prnewswire.com/news-releases/housecanary-awarded-7062-million-jury-verdict-in-ip-theft-case-against-amrock-300615123.html

Enjoy ur weekend    9:40 PM

Tuesday, December 25, 2018

Your new bosses will know what a POS u are I know all of them

3:27 AM

Enter message    SEND