# **Exhibit 2**

**Colin Dyne**

> please give me a call
> Thanks
> Colin
> 3:06 PM

Wednesday, March 14, 2018

> Nice Job Rob
> I will make sure that U loose ur job over this
> You are a worthless no spine human being ..
>
> Even your own people hate You ask Lance what he thinks of u ! Scum I'll see u on the other side ... I have been in contact with Japan and I am sure u will hear from THEM
> 6:28 PM

Friday, March 16, 2018

> https://www.prnewswire.com/news-releases/housecanary-awarded-7062-million-jury-verdict-in-ip-theft-case-against-amrock-300615123.html

> Enjoy ur weekend  9:40 PM

Enter message