# **Exhibit 3**

# Ballard Spahr LLP

2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
TEL 424.204.4400
FAX 424.204.4350
www.ballardspahr.com

Peter L. Haviland
Tel: 424.204.4321
Fax: 424.204.4350
havilandp@ballardspahr.com

March 22, 2018

*Via E-mail and U.S. Mail*

Michael J. Avenatti, Esq.
mavenatti@eaganavenatti.com
Ahmed Ibrahim, Esq.
aibrahim@eaganavenatti.com
Eagan Avenatti, LLP
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660

Re:   *ALPHA GRP, Inc. v. Subaru of America, Inc.*, No. 18-cv-02133
      Demand that Colin Dyne Cease Harassing Communications and
      Unauthorized Contact with Subaru Personnel

Dear Mr. Avenatti:

This firm is litigation counsel for Defendant Subaru of America, Inc. ("Subaru") and its officers and employees in connection with the above-referenced lawsuit.

We understand that Colin Dyne, the Chief Executive Officer of ALPHA GRP, Inc., has sent threatening, harassing and defamatory messages to Subaru personnel, including Mr. Robert Weir. These messages suggest that Mr. Dyne has become dangerously angry and irrational.

On March 14, 2018, Mr. Dyne wrote to Mr. Weir:

> "Nice Job Rob
> I will make sure that U loose ur job over this
> You are a worthless no spine human ..
>
> Even your own people hate You ask Lance what he thinks of u !
> Scum I'll see u on the other side … I have been in contact with
> Japan and I am sure u will hear from THEM"

On March 16, 2018, Mr. Dyne sent another message to Mr. Weir, attaching a press release concerning an unrelated lawsuit which resulted in an award of several hundred million dollars to one of the parties. Mr. Dyne wrote to Mr. Weir:

> "Have a nice weekend."

DMEAST #33934964 v1

Michael J. Avenatti, Esq.
March 22, 2018
Page 2

These messages followed a January 1, 2018 letter from Mr. Dyne to Subaru executives accusing Mr. Weir, as well as Michael McHale, of being "rogue managers" who through their "incompetence" had "brought shame" to Subaru. The defamations in the letter referenced invented, unsupportable "facts."

We also understand that Mr. Dyne has physically assaulted Mr. Weir, by poking a finger in Weir's chest while yelling at him, on at least one prior occasion at a public racing event.

We are certain that you are aware of the liabilities associated with Mr. Dyne's threatening and defamatory behavior.

Demand is made that Mr. Dyne immediately cease all individual contact, whether by e-mail, text, phone, social media, or other means with Subaru personnel, and physically stay away from Mr. Weir and any other Subaru personnel, whether at Subaru's offices or at public events. Please confirm your agreement to comply with this demand not later than Monday, March 26, 2018, by 12:00 noon Pacific Time.

All rights are reserved.

Sincerely,


/s/ Peter L. Haviland
Peter L. Haviland

PLH

DMEAST #33934964 v1