# Exhibit 4

Original - Court
Copy - Law enforcement agency
Copy - Respondent (blue)
Copy - Petitioner (pink)
Copy - Return (yellow)
Copy - Return (goldenrod)

| 16th JUDICIAL CIRCUIT MACOMB COUNTY | PERSONAL PROTECTION ORDER (NONDOMESTIC) ☒ EX PARTE | CASE NO. 2018-004961-PH |
|---|---|---|

Court address 40 N. Main St, Mt Clemens, MI 48043  
Court telephone no. 586-469-5150  
ORI MI-

**(A)**
| Petitioner's name | Respondent's name, address, and telephone no. |
|---|---|
| Robert James Weir | Colin Dyne |
| Address and telephone no. where court can reach petitioner | V | Address and telephone no. where court can reach respondent |
| 8437 Downing street Washington twp Michigan 48094 | | Malibu CA |

Full name of respondent (type or print) *  
Colin Dyne

Driver's license number (if known)

**(B)**
| Height | Weight | Race * | Sex * | Date of birth or age* | Hair color | Eye color | Other identifying information |
|---|---|---|---|---|---|---|---|
| 5 Feet 11 Inches | 220 | White/Caucasion | Male | 55 | Gray | blue | |

*These items **must** be filled in for the police/sheriff to enter on LEIN; the other items are not required but are helpful.

Date: 12/28/2018    Judge: JOSEPH TOIA IN ABS OF DIANE M DRUZINSKI    Bar no.

1. This order is entered    ☒ without a hearing.    ☐ after hearing.

**THE COURT FINDS:**
☒ 2. A petition requesting an order to restrain conduct prohibited under MCL 750.411h and MCL 750.411i and/or MCL 750.411s has been filed under the authority of MCL 600.2950a.
☒ 3. Petitioner requested an ex parte order, which should be entered without notice because irreparable injury, loss, or damage will result from delay required to give notice or notice itself will precipitate adverse action before an order can be issued.
4. Respondent committed the following acts of willful, unconsented contact: (State the reasons for issuance.)
   _Repeated Personal threats_

**IT IS ORDERED:**
5. _Colin Dyne_ is prohibited from
   Full name of respondent
   ☒ a. stalking as defined under MCL 750.411h and MCL 750.411i, which includes but is not limited to
      ☒ following or appearing within sight of the petitioner.
      ☒ appearing at the workplace or the residence of the petitioner.
      ☒ approaching or confronting the petitioner in a public place or on private property.
      ☒ entering onto or remaining on property owned, leased, or occupied by the petitioner.
      ☒ sending mail or other communications to the petitioner.
      ☒ contacting the petitioner by telephone.
      ☒ placing an object on or delivering an object to property owned, leased, or occupied by the petitioner.
      ☒ threatening to kill or physically injure the petitioner.
      ☐ purchasing or possessing a firearm.
      ☐ other: _____
   ☒ b. posting a message through the use of any medium of communication, including the Internet or a computer or any electronic medium, pursuant to MCL 750.411s.
6. Violation of this order subjects the respondent to immediate arrest and to the civil and criminal contempt powers of the court. If found guilty, respondent shall be imprisoned for not more than 93 days and may be fined not more than $500.00.
7. **This order is effective when signed, enforceable immediately, and remains in effect until** _12-27-2019_.
   This order is enforceable anywhere in this state by any law enforcement agency when signed by a judge, and upon service, may also be enforced by another state, an Indian tribe, or a territory of the United States. If respondent violates this order in a jurisdiction other than this state, respondent is subject to enforcement and penalties of the state, Indian tribe, or United States territory under whose jurisdiction the violation occurred.
8. The court clerk shall file this order with _MSP_ who will enter it into the LEIN.
9. Respondent may file a motion to modify or terminate this order. For ex parte orders, the motion must be filed within 14 days after being served with or receiving actual notice of the order. Forms and instructions are available from the clerk of court.
10. A motion to extend the order must be filed 3 days before the expiration date in item 7, or a new petition must be filed.

_12-28-2018 @ 2:pm_
Date and time issued

Judge JOSEPH TOIA IN ABS OF DIANE M DRUZINSKI

CC 380   (3/12)   **PERSONAL PROTECTION ORDER (NONDOMESTIC)**    MCL 600.2950a, MCR 3.705, MCR 3.706