1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ALPHA GRP, INC.,<br><br>                    Plaintiff,<br><br>    v.<br><br>SUBARU OF AMERICA, INC.<br><br>                    Defendant. | Case No. 2:18-cv-02133-MWF-MRW<br><br>**[PROPOSED] ORDER GRANTING SUBARU'S MOTION FOR PROTECTIVE ORDER AS TO COLIN DYNE**<br><br>Judge:   Hon. Michael W. Fitzgerald<br>Date:    February 25, 2019<br>Time:    10:00 a.m.<br>Place:   Courtroom 5A<br>         350 West First Street,<br>         Los Angeles, CA 90012 |

1. Before the Court is Defendant Subaru of America, Inc.'s Motion for Protective Order to Prevent Further Witness Tampering and Intimidation by Colin Dyne ("Motion"). The Court, having reviewed the Motion and all opposition and reply papers thereto and otherwise being fully advised in the premises, HEREBY ORDERS AS FOLLOWS:

Colin Dyne shall immediately and, during the entire pendency of this action, cease and desist from any further contact with or acts of harassment directed to defense witness Robert Weir, whether physically or by e-mail, text message, phone, social media or other means.

IT IS SO ORDERED.

DATED: _____, 2019     _____
                             MICHAEL W. FITZGERALD
                             United States District Judge

DMWEST #36265404 v2

[PROPOSED] ORDER GRANTING SUBARU'S MOTION FOR PROTECTIVE ORDER AS TO COLIN DYNE