# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-2133 MWF (MRWx) | Date | January 17, 2019 |
|---|---|---|---|
| Title | Alpha GRP, Inc. v. Subaru of America, Inc. | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | XTR 1/17/2019 |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Ahmed Ibrahim | Peter Haviland |
| | Scott Humphreys |

**Proceedings:**          **ORDER RE: TELEPHONE CONFERENCE**

      The Court conducted a telephone conference with the parties regarding the status of the case. The Court sets a further telephonic status conference on January 25, 2019 at 9:00 a.m.

|  | : | 40 |
|---|---|---|
| Initials of Preparer | | vp |