EAGAN AVENATTI, LLP
Michael J. Avenatti, State Bar No. 206929
mavenatti@eaganavenatti.com
Ahmed Ibrahim, State Bar No. 238739
aibrahim@eaganavenatti.com
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone:  949.706.7000
Fax:   949.706.7050

Attorneys for Plaintiff ALPHA GRP, INC.
d/b/a RED BULL GLOBAL RALLY CROSS

Peter L. Haviland, State Bar No. 144967
havilandp@ballardspahr.com
Scott S. Humphreys, State Bar No. 298021
humphreyss@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
Telephone: 424.204.4400
Fax: 424.204.4350

Attorneys for Defendant
SUBARU OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLY CROSS, a Delaware Corporation<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation,<br><br>　　　　　Defendants. | CASE NO. CV 18-2133 MWF (MRWx)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTACT AND COMMUNICATIONS BETWEEN COLIN DYNE, ROBERT WEIR, AND THE PARTIES TO THIS ACTION** |

Plaintiff Alpha GRP, Inc. d/b/a Red Bull Global Rally Cross ("Plaintiff" or "Alpha GRP") and Colin Dyne ("Dyne"), Plaintiff's former Chief Executive Officer and a witness affiliated with Plaintiff who is represented individually for purposes of this stipulation by Plaintiff's counsel of record, and Defendant Subaru of America, Inc. ("Defendant" or "Subaru") and its former employee and witness identified by Subaru Robert Weir ("Weir") who is represented individually for purposes of this stipulation by Defendant's counsel of record (each a "Party" and collectively the "Parties"), hereby stipulate to the entry of the following order:

Dyne and Weir shall avoid all contact, directly or indirectly (including by any electronic means), with each other. Messrs. Dyne and Weir will also avoid all contact with the other person's family or current employer.

This order will not prohibit:

(a) any communication or contact made in the presence of counsel; and

(b) any communication or contact between persons affiliated with the Parties that is made with the mutual consent of both persons. Mutual consent is established only if the person initiating the communication or contact acknowledges this stipulation and obtains the express permission from the other person to continue with the communication or contact.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

Dated: January 28, 2019        EAGAN AVENATTI, LLP

                               By:   /s/ Ahmed Ibrahim
                                     Michael J. Avenatti
                                     Ahmed Ibrahim

                                     Attorneys for Plaintiff
                                     ALPHA GRP, INC. and Colin Dyne

```
                        BALLARD SPAHR LLP

                        By:   /s/ Peter L. Haviland
                              Peter L. Haviland
                              Scott S. Humphreys

                              Attorneys for Defendant
                              SUBARU OF AMERICA, INC. and Robert Weir
```

I agree to abide by the terms of this court order. I understand that a willful violation of this order may lead to adverse consequences in this lawsuit, and may expose me personally to civil or criminal liability under federal law.

Dated: January __, 2019

_____
COLIN DYNE


Dated: January 31, 2019

_____
ROBERT WEIR


FOR GOOD CAUSE SHOWN, IT IS SO ORDERED


Dated: _____, 2019

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION AND [PROPOSED] ORDER REGARDING CONTACT AND COMMUNICATIONS BETWEEN THE PARTIES TO THIS ACTION

obtains the express permission from the other person to continue with the communication or contact.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

Dated: January __, 2019         EAGAN AVENATTI, LLP

                                By:  /s Ahmed Ibrahim
                                     Michael J. Avenatti
                                     Ahmed Ibrahim

                                Attorneys for Plaintiff
                                ALPHA GRP, INC. and Colin Dyne

                                BALLARD SPAHR LLP

                                By:  /s Scott S. Humphreys
                                     Scott S. Humphreys
                                     Peter L. Haviland

                                Attorneys for Defendant
                                SUBARU OF AMERICA, INC. and Robert Weir

I agree to abide by the terms of this court order. I understand that a willful violation of this order may lead to adverse consequences in this lawsuit, and may expose me personally to civil or criminal liability under federal law.

Dated: January 28, 2019         _____
                                COLIN DYNE

Dated: January __, 2019         _____
                                ROBERT WEIR

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED

Dated: January __, 2019         _____
                                HON. MICHAEL R. WILNER
                                UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING CONTACT AND COMMUNICATIONS BETWEEN THE PARTIES TO THIS ACTION