**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Plaintiff(s) <br><br> v. <br><br> Defendant(s) | CASE NUMBER <br><br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

_____  ☐ Plaintiff  ☐ Defendant  ☐ Other  _____
*Name of Party*

to substitute _____ who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____
*Street Address*

_____           _____
*City, State, Zip*                                            *E-Mail Address*

_____     _____     _____
*Telephone Number*                     *Fax Number*                          *State Bar Number*

as attorney of record instead of _____
List **all** attorneys from same firm or agency who are withdrawing.

_____

_____

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____            _____
                                                                               U. S. District Judge/U.S. Magistrate Judge