**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHA GRP, INC., d/b/a Red Bull Global Rally Cross, a Delaware Corporation <br> Plaintiff(s) <br> v. <br> Subaru of America, Inc., a New Jersey Corporation <br> Defendant(s) | CASE NUMBER <br> 2:18-cv-02133-MWF (MRWx) <br><br> ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Alpha GRP, Inc.    ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute  Michael A. Bowse, BOWSE LAW GROUP, A.P.C.  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

801 S. Figueroa St., 25th Floor
*Street Address*

Los Angeles, CA 90017                MBowse@bowselawgroup.com
*City, State, Zip*                    *E-Mail Address*

(213) 344-4700          (213) 344-4700           189659
*Telephone Number*       *Fax Number*              *State Bar Number*

as attorney of record instead of  Ahmed Ibrahim, AI Law
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  May 17, 2019                *[signature]*
                                   U.S. District Judge