JOHN P. REITMAN (State Bar No. 80579)
jreitman@lgbfirm.com
JACK A. REITMAN (State Bar No. 283746)
jareitman@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Brian Weiss,
Court Appointed Receiver of Eagan Avenatti, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLY CROSS, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendant. | Case No.: 2:18-CV-02133-MWF-MRW<br><br>**RECEIVER'S NOTICE OF ATTORNEYS' LIEN** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brian Weiss, Federal Court Appointed Receiver Eagan Avenatti, LLP ("EA"), by virtue of a written fee agreement with Plaintiff, claims a lien ahead of all other on any recovery Plaintiff may receive as a result of Plaintiff's claims in this case. *See Levin v. Golf Ins. Group*, 69 Cal. App. 4th 1282, 1287-88 (1999); *Del Conte Masonry Co. v. Lewis*, 16 Cal.App.3d 678, 680 (1971). The purpose of this lien is to secure payment for legal services rendered and costs and expenses advanced on Plaintiff's behalf.

**PLEASE TAKE FURTHER NOTICE** that payment of any amount to Plaintiff in consideration of Plaintiff's claims in this action without giving effect to or making provision for the lien of EA will create liability for intentional interference with EA's economic and contractual rights. *See Levin*, 69 Cal. App. 4th at 1287-88.

Dated: June 12, 2019

Respectfully submitted,
LANDAU GOTTFRIED & BERGER LLP

By: /s/ Jack A. Reitman
Jack A. Reitman
Attorneys for Brian Weiss, Court Appointed Receiver of Eagan Avenatti, LLP