1  Peter L. Haviland, SBN 144967
   havilandp@ballardspahr.com
2  Scott S. Humphreys, SBN 298021
   humphreyss@ballardspahr.com
3  **BALLARD SPAHR LLP**
   2029 Century Park East, Suite 800
4  Los Angeles, CA  90067
   Telephone: 424.204.4400
5  Facsimile: 424.204.4350

6  Attorneys for Defendant
   SUBARU OF AMERICA, INC.
7

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12 ALPHA GRP, INC. d/b/a RED BULL          CASE NO.  2:18-CV-02133-MWF
   GLOBAL RALLYCROSS, a Delaware
13 Corporation,
                                           **DECLARATION OF SCOTT S.**
14          Plaintiff,                     **HUMPHREYS IN SUPPORT OF**
                                           **SUBARU'S MOTION TO COMPEL**
15      v.
                                           [DISCOVERY MATTER]
16
   SUBARU OF AMERICA, INC., a              Judge:    Hon. Michael R. Wilner
17 New Jersey Corporation                  Date:     July 17, 2019
                                           Time:     9:30 a.m.
18          Defendant.                     Place:    Courtroom 550, 5th Floor
                                                     Roybal Federal Building
19                                                   255 E. Temple St.
                                                     Los Angeles, CA 90012
20

21

22                                         Action Filed:      March 14, 2018
                                           Discovery Cut-Off: Sept. 27, 2019
23                                         L/D to Hear Motions: Oct. 28, 2019
                                           Trial:             Jan. 28, 2020
24

25

26

27

28

## DECLARATION OF SCOTT S. HUMPHREYS

I, Scott S. Humphreys, declare as follows:

1.     I am an attorney at Ballard Spahr LLP, counsel of record for Defendant Subaru of America, Inc. ("Subaru").  I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to such facts.

2.     On April 2, 2019, I served Subaru's third Local Rule 37-1 meet and confer letter to Plaintiff Alpha GRP, Inc.'s ("Plaintiff" or "Alpha") counsel of record, Michael Avenatti and Ahmed Ibrahim, using their email addresses listed with the Court and on pleadings filed with the Court.  A true and correct copy of that letter is attached hereto as **Exhibit 1**.  This letter identified certain deficiencies with Plaintiff's responses to Subaru's written discovery, most of which had been previously discussed by counsel without resolution as reflected in earlier LR 37-1 letters dated January 22, 2019 and January 10, 2019, attached hereto as **Exhibits 2 and 3**.  The April 2, 2019 letter also requested that Alpha's counsel confirm dates / times for each of the noticed depositions of Alpha and its former officers/directors.  The letter requested a response not later than April 8.  Alpha's counsel did not respond to that letter, and Mr. Avenatti stated in an April 16 email that he was cancelling all of the properly noticed depositions.  (Exh. 7.)  None of the witnesses appeared for their noticed depositions, and Alpha's counsel has not provided alternative dates.

3.     Attached hereto as **Exhibit 4** is a true and correct copy of an e-mail thread between counsel of record for the parties in this action from February 8, 2019 through April 11, 2019.

4.     Attached hereto as **Exhibit 5** is a true and correct copy of the Deposition Notices and Deposition Subpoenas that were served on Alpha and its former officers/directors noticing those depositions for dates in April 2019.

5.      On April 9, 2019, I spoke with Alpha's counsel, Ahmed Ibrahim, telephonically.  Attached hereto as **<u>Exhibit 6</u>** is a true and correct copy of an e-mail that I sent to Mr. Ibrahim on April 12, 2019, reciting the substance of that call.

6.      Attached hereto as **<u>Exhibit 7</u>** is a true and correct copy of an e-mail thread with communications between counsel of record dated April 15-16, 2019.

7.      Attached hereto as **<u>Exhibits 8 and 9</u>** are true and correct copies of an e-mail thread with communications by counsel of record to Magistrate Judge Michael R. Wilner dated April 15-16, 2019.

8.      Attached hereto as **<u>Exhibit 10</u>** is a true and correct copy of Alpha's Responses to Subaru's First Set of Interrogatories.

9.      Attached hereto as **<u>Exhibit 11</u>** is a true and correct copy of Alpha's Responses to Subaru's First Set of Requests for Production.

10.     Attached hereto as **<u>Exhibit 12</u>** are true and correct copies of Subaru's Second Set of Requests for Production to Plaintiff Alpha Grp, Inc.

11.     Attached hereto as **<u>Exhibit 13</u>** is a true and correct copy of the Court's Order re: Discovery Motion dated May 16, 2019.

12.     Attached hereto as **<u>Exhibit 14</u>** is a true and correct copy of an e-mail from the undersigned to The Honorable Michael R. Wilner dated May 17, 2019.

13.     Attached hereto as **<u>Exhibit 15</u>** is a true and correct copy of the Court's Order re: Motion Hearing dated May 17, 2019.

14.     Attached hereto as **<u>Exhibit 16</u>** is a true and correct copy of a letter concerning a March 23, 2019 meet and confer from the undersigned to Alpha's counsel, Michael A. Bowse, sent via e-mail on May 30, 2019.

15.     Attached hereto as **<u>Exhibit 17</u>** is a true and correct copy of an e-mail from the undersigned to Alpha's counsel, Michael Bowse.

16.     Attached hereto as **<u>Exhibit 18</u>** is a true and correct copy of an e-mail chain between the undersigned and Alpha's counsel, Michael Bowse.

17.     Attached hereto as **Exhibit 19** is a true and correct copy of Subaru's Second Set of Interrogatories Discovery to Plaintiff Alpha Grp, Inc.

18.     Attached hereto as **Exhibit 20** is a true and correct copy of Subaru's Third Set of Requests for Production to Alpha Grp, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 19, 2019, at Los Angeles, California.

_____*/s/ Scott S. Humphreys*_____
Scott S. Humphreys

DECLARATION OF SCOTT S. HUMPHREYS ISO SUBARU'S MOTION TO COMPEL