# EXHIBIT 13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2133 MWF (MRWx) | Date | May 16, 2019 |
|---|---|---|---|
| Title | Alpha GRP v. Suburu | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** ORDER RE: DISCOVERY MOTION

1. Judge Fitzgerald recently modified the key dates in this civil action. As a result of that ruling – and in light of Mr. Ibrahim's statement to the Court that new lawyers should be appearing in this action by May 23 (Docket # 52 at 5) – it is not clear whether the urgency that underlay the original defense motion still exists.

2. So, the Court orders Messrs. Humphreys and Ibrahim to speak on the telephone by noon tomorrow (May 17) to determine whether the pending discovery motion remains relevant. If not, the defense may contact Judge Wilner's CRD and ask for the motion to be taken off calendar <u>without prejudice</u> to re-noticing it in the not-too-distant future.

3. Alternatively, the Court can hold an informal telephone conference with the parties on Wednesday to discuss discovery scheduling in lieu of the hearing on the motion. In that circumstance, the defense will be relieved of its obligation to file its optional reply submission by Monday. Again, let Ms. Piper know what you'd like to do here.