# EXHIBIT 18

## Humphreys, Scott S. (LA)

| | |
|---|---|
| **From:** | Humphreys, Scott S. (LA) |
| **Sent:** | Wednesday, June 19, 2019 11:23 AM |
| **To:** | 'Michael Bowse' |
| **Cc:** | Smith, Debra A (LA) |
| **Subject:** | RE: Alpha GRP v. Subaru -- Discovery |

Michael,

I left you a voice message. No one is answering any of your phone lines. I still have not heard back from you, and have not received a single corrected discovery response or anything else you agreed to provide during our meet and confer on May 23, 2019.

**Scott Humphreys**
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Direct 424.204.4333
Fax 424.204.4350
Mobile 303.968.6509
humphreyss@ballardspahr.com
www.ballardspahr.com

**From:** Michael Bowse <mbowse@BowseLawGroup.com>
**Sent:** Thursday, June 13, 2019 1:33 AM
**To:** Humphreys, Scott S. (LA) <HumphreysS@ballardspahr.com>
**Cc:** Smith, Debra A (LA) <SmithDA@ballardspahr.com>
**Subject:** Re: Alpha GRP v. Subaru -- Discovery

⚠ **EXTERNAL**
Scott,

I am sorry for not calling. I have been camping in Oregon with my 11 year old son and have been largely without cell service, making communication difficult to impossible. I will be back in the office next week and get all to you then.

Get Outlook for Android

**From:** Humphreys, Scott S. <HumphreysS@ballardspahr.com>
**Sent:** Wednesday, June 12, 2019 3:09:59 PM
**To:** Michael Bowse
**Cc:** Smith, Debra A
**Subject:** RE: Alpha GRP v. Subaru -- Discovery

Michael,

I never received a call from you and haven't received any discovery responses despite your agreement to provide them last week.
Please advise.

1

**Scott Humphreys**
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Direct 424.204.4333
Fax 424.204.4350
Mobile 303.968.6509
humphreyss@ballardspahr.com
www.ballardspahr.com

**From:** Humphreys, Scott S. (LA)
**Sent:** Monday, June 10, 2019 1:56 PM
**To:** 'Michael Bowse' <mbowse@BowseLawGroup.com>
**Cc:** Smith, Debra A (LA) <SmithDA@ballardspahr.com>
**Subject:** RE: Alpha GRP v. Subaru -- Discovery

How about 4 pm?  I have a meeting a 5 pm that will run for a while.

**Scott Humphreys**
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Direct 424.204.4333
Fax 424.204.4350
Mobile 303.968.6509
humphreyss@ballardspahr.com
www.ballardspahr.com

**From:** Michael Bowse <mbowse@BowseLawGroup.com>
**Sent:** Monday, June 10, 2019 1:44 PM
**To:** Humphreys, Scott S. (LA) <HumphreysS@ballardspahr.com>
**Cc:** Smith, Debra A (LA) <SmithDA@ballardspahr.com>
**Subject:** Re: Alpha GRP v. Subaru -- Discovery

⚠ **EXTERNAL**

I can't do 2, as I won't have cell reception. Can we try for something closer to the end of the day, say around 5?

Get Outlook for Android

**From:** Humphreys, Scott S. <HumphreysS@ballardspahr.com>
**Sent:** Monday, June 10, 2019 11:06:05 AM
**To:** Michael Bowse
**Cc:** Smith, Debra A
**Subject:** RE: Alpha GRP v. Subaru -- Discovery

Michael,

Are you available at 2 pm today?

**Scott Humphreys**
Ballard Spahr LLP
2029 Century Park East, Suite 800

2

Los Angeles, CA 90067-2909
Direct 424.204.4333
Fax 424.204.4350
Mobile 303.968.6509
humphreyss@ballardspahr.com
www.ballardspahr.com

---

**From:** Michael Bowse <mbowse@BowseLawGroup.com>
**Sent:** Friday, June 7, 2019 9:33 AM
**To:** Humphreys, Scott S. (LA) <HumphreysS@ballardspahr.com>
**Cc:** Smith, Debra A (LA) <SmithDA@ballardspahr.com>
**Subject:** Re: Alpha GRP v. Subaru -- Discovery

⚠ **EXTERNAL**

Scott,

I'm sorry. I got tied up with another emergency. I'm out of town, but will try to call you on Monday.

Michael Bowse
BOWSE LAW GROUP, APC
801 S Figueroa St., 25th Floor
Los Angeles, CA 90017
Phone/Fax: (213) 344-4700
Email: mbowse@bowselawgroup.com

---

**From:** Humphreys, Scott S. <HumphreysS@ballardspahr.com>
**Sent:** Tuesday, June 4, 2019 11:06:43 AM
**To:** Michael Bowse
**Cc:** Smith, Debra A
**Subject:** RE: Alpha GRP v. Subaru -- Discovery

Michael,

I didn't hear back from you last week.  Can you please give me a call today?  How about 2:30 pm?

**Scott Humphreys**
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Direct 424.204.4333
Fax 424.204.4350
Mobile 303.968.6509
humphreyss@ballardspahr.com
www.ballardspahr.com

---

**From:** Humphreys, Scott S. (LA)
**Sent:** Thursday, May 30, 2019 2:25 PM
**To:** Michael Bowse <mbowse@BowseLawGroup.com>
**Cc:** Smith, Debra A (LA) <SmithDA@ballardspahr.com>
**Subject:** Alpha GRP v. Subaru -- Discovery

Michael,

3

Please see the attached letter confirming our meet and confer call last week on Thursday, May 23.  I thought I sent this earlier, but it appears I didn't.  I also just left you a voice message.  Please give me a call at 424-204-4333 when you have a minute.

Thanks,

**Scott Humphreys**

**Ballard Spahr** LLP

2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
424.204.4333 DIRECT
424.204.4350 FAX

303.968.6509 MOBILE | humphreyss@ballardspahr.com
VCARD

--------------------------------

www.ballardspahr.com