# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alpha GRP, Inc., <br> Plaintiff(s) <br> v. <br> Subaru of America, Inc., <br> Defendant(s) | CASE NUMBER: <br> CV 18-2133 MWF (MRWx) <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Michael R. Wilner

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Dated: July 2, 2019

By: *Veronica Piper*
Deputy Clerk