UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2133 MWF (MRWx) | Date | July 2, 2019 |
|---|---|---|---|
| Title | Alpha GRP v. Subaru of America | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | XTR 7/2/2019 |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Michael Bowse | Peter Haviland |
| | Scott Humphreys |

Proceedings:  **ORDER RE: TELEPHONE CONFERENCE**

The Court conferred with the parties regarding the status of discovery. The motion hearing set for July 17, 2019 is off calendar. The Court will conduct a further telephonic status conference on July 17, 2019, at 8:30 a.m.

: 25

Initials of Preparer   vp