# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV18-2133 MWF (MRWx) | Date | July 17, 2019 |
|---|---|---|---|
| Title | Alpha GRP v. Subaru of America | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | XTR 7/17/2019 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Michael Bowse | Peter Haviland<br>Scott Humphreys |

**Proceedings:**     **ORDER RE: TELEPHONE CONFERENCE**

The Court conferred with the parties regarding the status of discovery.

                                                           :     20

Initials of Preparer          vp