| Name and address: |
|---|
| Scott S. Humphreys (SBN 298021) |
| BALLARD SPAHR LLP |
| 2029 Century Park East, Suite 800 |
| Los Angeles, California 90067 |
| Tel: 424.204.4400, Fax: 424.204.4350 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Alpha Grp., Inc. | Plaintiff(s), | CASE NUMBER<br>2:18-cv-02133-MWF-MRW |
| v. | | |
| Subaru of America, Inc. | Defendant(s), | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Walters, Neal
*Applicant's Name (Last Name, First Name & Middle Initial)*     *check here if federal government attorney* ☐

Ballard Spahr LLP
*Firm/Agency Name*

| 210 Lake Drive East, Suite 200 | 856.761.3400 | 856.761.1020 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| Cherry Hill, New Jersey 08002-1163 | waltersn@ballardspahr.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Subaru of America, Inc. | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* |
| *Name(s) of Party(ies) Represented* | |

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| New Jersey | 1993 | Yes |
| Pennsylvania | 1993 | Yes |
| US Court of Appeals, Third Circuit | 1995 | Yes |

| G-64 (11/18) | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* | Page 1 of 3 |


American LegalNet, Inc.
www.FormsWorkFlow.com

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   8-14-19

Neal Walters
*Applicant's Name (please type or print)*

*Applicant's Signature*



### SECTION III - DESIGNATION OF LOCAL COUNSEL

*Designee's Name (Last Name, First Name & Middle Initial)*

Humphreys, Scott S

*Firm/Agency Name*

BALLARD SPAHR LLP

2029 Century Park East, Suite 800
*Street Address*

Los Angeles, California 90067
*City, State, Zip Code*

424.204.4400
*Telephone Number*

424.204.4350
*Fax Number*

humphreyss@ballardspahr.com
*E-mail Address*

298021
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated 8-14-19

Scott S. Humphreys
*Designee's Name (please type or print)*

*Designee's Signature*

### SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Admissions

| Name of Court | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| US District Court, District of New Jersey | 1994 | Yes |
| US District Court, Eastern District of Pennsylvania | 1994 | Yes |


American LegalNet, Inc.
www.FormsWorkFlow.com

Scott S. Humphreys (SBN 298021)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067
Tel: 424.204.4400, Fax: 424.204.4350

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alpha Grp., Inc<br><br>v.<br><br>Subaru of America, Inc.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-cv-02133-MWF-MRW<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Walters, Neal
*Applicant's Name (Last Name, First Name & Middle Initial*

856.761.3400          856.761.1020
*Telephone Number*     *Fax Number*

waltersn@ballardspahr.com
*E-Mail Address*

of BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002-1163

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Subaru of America, Inc.

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Humphreys, Scott S.
*Designee's Name (Last Name, First Name & Middle Initial*

298021          424.204.4400          424.204.4350
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

humphreyss@ballardspahr.com
*E-Mail Address*

o BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:**

**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Neal D. Walters, Esq.*

### DATE OF ADMISSION

*January 31, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 13, 2019

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **NEAL D WALTERS** *(No.* **020901993** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 21, 1993** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **13TH** *day of* **August** *, 20* **19** *.*

*Clerk of the Supreme Court*

-453a-