UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2133 MWF (MRWx) | Date | August 20, 2019 |
|---|---|---|---|
| Title | Alpha GRP v. Suburu of America | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:** ORDER RE: STATUS OF DISCOVERY

     1.    In June, Defendant Suburu filed a comprehensive motion to compel discovery in this civil action. (Docket # 59.) The Court discussed the motion and other discovery issues with the parties by telephone after that. (Docket # 63, 65.) The upshot – it looked like the parties were on their way to resolving the disputes.

     2.    However, the motion formally remains pending on the docket. And neither side has reached out to Judge Wilner with any information since the last call in mid-July.

     3.    Let's get an update. The parties are directed to submit a joint status report (NTE four substantive pages) regarding the motion and other grievances. That report will be due by September 6. If the motion is now moot, the defense can simply contact Judge Wilner's CRD and the motion will be dismissed with no further action required.