Scott S. Humphreys (SBN 298021)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
Telephone: 424.204.4400
Facsimile: 424.204.4350
Email: humphreyss@ballardspahr.com

Neal Walters (pro hac vice)
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
Telephone: 856.761.3400
Facsimile: 856.761.1020
Email: waltersn@ballardspahr.com

Attorneys for Defendant
SUBARU OF AMERICA, INC.

Michael A. Bowse (SBN189659)
BOWSE LAW GROUP, A.P.C.
801 South Figueroa Street, 25th Floor
Los Angeles, CA 90017
Telephone: 213.344.4700
Email: mbowse@bowselawgroup.com

Attorney for Plaintiff
ALPHA GRP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALPHA GRP, INC., | Case No. 2:18-cv-02133-MWF-MRW |
|---|---|
| Plaintiff, | **JOINT REPORT RE: STATUS OF DISCOVERY** |
| v. | Action Filed: March 14, 2018 |
| SUBARU OF AMERICA, INC. | Trial Date: January 28, 2020 |
| Defendant. | |

1

DMWEST #38191229 v2    JOINT STATUS REPORT REGARDING STATUS OF DISCOVERY

TO THE HONORABLE MICHAEL R. WILNER:

Defendant Subaru of America, Inc. ("Subaru") and Plaintiff Alpha GRP, Inc. ("Plaintiff"), by and through their undersigned counsel, respectfully submit this joint status report in response to the Court's August 20, 2019, Order re: Status of Discovery (Dkt. 68) that directed the parties to submit a joint report regarding Subaru's still-pending motion to compel discovery and any "other grievances" by Friday, September 6, 2019.

Since the last telephonic conference with the Court on July 17, 2019 (Dkt. 65), fact discovery has been moving forward and counsel have been actively engaged in attempting to resolve outstanding discovery disputes without the need for motion practice. Counsel have also been engaged in several depositions. In addition, given the length of time necessary to acquire and review the documents subject to the motion and to schedule depositions, the parties have discussed a proposed, stipulated request that the Court continue all case deadlines to allow for the orderly and efficient completion of fact and expert discovery before the filing of dispositive motions. Counsel are actively discussing that proposal, as well as related discovery, as we speak, and will be in a better position to provide the Court with a more specific update next week. Therefore, we respectfully request that the Court permit the parties to provide a more fulsome report by Wednesday, September 11, 2019.

DATED: September 6, 2019         BALLARD SPAHR LLP

　　　　　　　　　　　　　　　　  /s/ Scott S. Humphreys
　　　　　　　　　　　　　　　　Scott S. Humphreys
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　SUBARU OF AMERICA, INC.

DATED: September 6, 2019         BOWSE LAW GROUP

　　　　　　　　　　　　　　　　  /s/ Michael A. Bowse
　　　　　　　　　　　　　　　　Michael A. Bowse
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　ALPHA GRP, INC.