UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2133 MWF (MRWx) | Date | September 9, 2019 |
|---|---|---|---|
| Title | Alpha GRP v. Suburu of America | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:** ORDER RE: STATUS REPORT

1. The Court reviewed the parties' thoughtful status report. (Docket # 70.) Thank you for the helpful update. It certainly seems like discovery is on track.

2. In light of the recent progress, why don't you take until September 18 for the further update that you're considering. If you file a stipulation with Judge Fitzgerald regarding discovery dates by then, no need to write anything else for me – just send a copy of the stip to the MRW chambers e-mail account.

3. And if the pending motion needs to be withdrawn / dismissed / ignored, you can promptly let me know about that too.