Scott S. Humphreys (SBN 298021)
 humphreyss@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067
Telephone: 424.204.4400
Facsimile: 424.204.4350

Neal Walters (Pro Hac Vice)
 waltersn@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Cherry Drive East, Suite 200
Cherry Hill, New Jersey 08002
Telephone:  856.761.3438
Facsimile:  856.761.1020

Attorneys for Defendant
SUBARU OF AMERICA, INC.

Michael A. Bowse (SBN 189659)
 mbowse@bowselawgroup.com
BOWSE LAW GROUP
801 S. Figueroa St., 25th Floor
Los Angeles, CA 90017
Telephone/Fax:  213.344.4700

Attorney for Plaintiff
ALPHA GRP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLYCROSS, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation<br><br>    Defendant. | CASE NO. 2:18-CV-02133-MWF-MRW<br><br>**ORDER RE: JOINT EX PARTE APPLICATION FOR ORDER MODIFYING SCHEDULING ORDER** |

Before the Court is the Parties' Joint Ex Parte Application for Order Modifying Scheduling Order (the "Application") filed on September 12, 2019. (Docket No. 71).

In the Application, the Parties jointly request that the Court continue all deadlines in the Court's amended Scheduling Order (Docket No. 51). The Parties explain that the continuance is necessary given that Alpha retained new counsel in May 2019 after it terminated its prior counsel Michael Avenatti and his firm Eagan Avenatti, LLP when a criminal complaint was filed against Mr. Avenatti, and that the Parties' require additional time to allow for the orderly and efficient completion of fact and expert discovery before the filing of dispositive motions.

Having considered the Application, and good cause appearing, the Court will permit a continuance of upcoming pretrial and trial deadlines. Therefore, the Court's scheduling Order is hereby AMENDED as follows:

| Event | Prior Date | New Date |
| --- | --- | --- |
| Non-expert Discovery Cut-Off | September 27, 2019 | October 31, 2019 |
| Expert Disclosure (Initial) | September 13, 2019 | November 6, 2019 |
| Expert Disclosure (Rebuttal) | October 11, 2019 | December 6, 2019 |
| Expert Discovery Cut-Off | October 25, 2019 | January 10, 2020 |
| Last Day to Hear Motions | October 28, 2019 | February 24, 2020 |
| Last Day to Conduct ADR Proceedings | November 15, 2019 | March 23, 2020 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | December 16, 2019 | May 4, 2020 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | December 23, 2019 | May 11, 2020 |

DMWEST #38201909 v1

| Final Pretrial Conference and Hearing on Motions in Limine | January 13, 2020, at 8:30 a.m. | June 1, 2020, at 8:30 a.m. |
|---|---|---|
| Trial Date (Est. 4-5 days) | January 28, 2020, at 8:30 a.m. (Est. 2-3 days) | July 14, 2020, at 8:30 a.m. (Est. 4-5 days) |

IT IS SO ORDERED

DATED: September 17, 2019

_____
HON. MICHAEL W. FITZGERALD