**BALLARD SPAHR LLP**
Scott S. Humphreys (SBN 298021)
 humphreyss@ballardspahr.com
2029 Century Park East, Suite 800
Los Angeles, CA 90067
Telephone: 424.204.4400
Facsimile:  424.204.4350

Neal Walters (Pro Hac Vice)
 waltersn@ballardspahr.com
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
Telephone: 856.761.3438
Facsimile:  856.761.1020

Attorneys for Defendant,
SUBARU OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLYCROSS, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendant. | Case No. 2:18-CV-02133-MWF-MRW<br><br>**DECLARATION OF NEAL WALTERS, ESQ., IN SUPPORT OF SUBARU OF AMERICA, INC.'S EX PARTE APPLICATION TO STRIKE PLAINTIFF'S EXPERT REPORT ON DAMAGES**<br><br>Action Filed:   March 14, 2018<br>Pretrial Conf.:  June 1, 2020<br>Trial Date:     July 14, 2020 |

I, Neal Walters, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of New Jersey and am a partner of the law firm Ballard Spahr LLP, which represents Defendant Subaru of America, Inc. ("Subaru") in this matter. I have been admitted to appear before this Court in this action pro hac vice.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them. I have also reviewed Subaru's Ex Parte Application to Strike Plaintiff's Expert Report on Damages and without repeating the matters stated therein hereby affirm that to the best of my knowledge, they are true and correct.

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff Alpha GRP Inc.'s expert's report on damages, titled "Damages Report of Focus Advisory Services, LLC on behalf of Plaintiffs," which was served on Subaru on Friday, November 8, 2019.

3. Attached hereto as **Exhibit B** are the cited excerpts of Volume I of the deposition of Plaintiff's Corporate Designee, Alpha GRP. Inc.'s Chief Executive Officer, Colin Dyne.

4. Attached hereto as **Exhibit C** are the cited excerpts of Volume II of the deposition of Plaintiff's Corporate Designee, Alpha GRP. Inc.'s Chief Executive Officer, Colin Dyne.

5. Attached hereto as **Exhibit D** are the cited Interrogatories that were issued by Subaru, to Alpha, on October 1, 2019. Alpha never served any response to those Interrogatories nor did it respond to Requests for Admission that were also served on Alpha on October 1, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 13, 2019.

                                               */s/ Neal Walters*
                                               Neal Walters

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400