# EXHIBIT A

# Damages Report of
# Focus Advisory Services, LLC on behalf of Plaintiffs

---

*Alpha GRP, Inc. d/b/a Red Bull Global Rallycross v. Subaru of America, Inc., No. 2:18-cv-02133-MWF (C.D. Cal.).*

**Philip Fier**
**November 8, 2019**

**INTRODUCTION**

Focus Advisory Services LLC ("FAS") has been engaged by Plaintiffs in *Alpha GRP, Inc. v. Subaru of America, Inc.*, No. 2:18-cv-02133-MWF (C.D. Cal.), a case pending in the United States District Court for the Central District of California (the "Action").

FAS has been asked to evaluate Plaintiffs' damages in connection with their investments in Alpha GRP Inc. (the "Company").  Specifically, FAS was asked to consider the enterprise value of the Company's business had Defendant not committed the wrongdoing alleged in the First Amended Complaint.

In conducting its analysis, FAS relied on its industry expertise, internal Company documentation and source documents supplied to Plaintiffs by Defendants, as well as other documents produced in the Action.   The information included financial history for the Alpha GRP Inc., which provides a reliable basis to render reasonable estimates for the value of the Company going forward

FAS is being compensated at the hourly rate of $400 for analysis and $500 for testimony.

1. **Company Description**

   1.1. Alpha GRP (the "Company" or "Alpha") was the sanctioning body for the Red Bull Global Rallycross motorcar racing series (the "Series"). Founded in 2012, the Company conducted 12 races in 2017, its most recent full year of operation.

   1.2. The Company generated revenues through sponsorships, event ticket sales, manufacturing fees, brand licensing and merchandise, entry fees and promoter/city income.  Over the Company's history, auto manufacturing sponsors included Ford, Honda, Volkswagen and Subaru.

   1.3. Teams included Michael Andretti, owner of Andretti Autosport, a veteran of other racing formats such as IndyCars and Formula 1. In addition, of the 10 teams that competed in the Company's top "Supercars" class of the Series, forty percent are owned by entrants in the Verizon IndyCar Series, another well-established motorcar race sanctioning body.

   1.4. The Series was popular with the young male demographic and translated well to social media (45.9 million ecosystem followers on Instagram and 18.6 million subscribers on YouTube) and television, making it optimal for enabling sponsors to connect with consumers.

   1.5. In 2017, the Company created 16 hours of live television for the NBC main network and 4 hours for the NBC cable sports network. According to the Nielsen rating services, the Company's broadcasts generated roughly 560,000 viewers in 2016, up 17% from 2014. In addition, Alpha's races were broadcast in 202 international territories, through 8 broadcast partners, which cover 179 million worldwide households.

   1.6. The Company planned to debut electric vehicles into the Series on an exhibition basis in late 2018, promoting alternative technologies to advance the sport which have been enthusiastically embraced by auto manufacturers in other racing series.

   1.7. Unlike other sports leagues such as the National Football League or the National Basketball Association, which are owned and controlled by teams and their owners, motorsports sanctioning organizations, such as NASCAR and Formula One, own and control the exploitation rights to the races they conduct.

2. **Value Proposition**

   2.1. Alpha took the elements of traditional automotive racing (NASCAR, Formula 1), which include fast cars and grueling competition, and reengineered the racing environment to appeal to a new and younger demographic of racing fans. Rallycross racing consists of a comparatively compact track in which cars sprint and then slide around dirt curves, as well as jump through the air over strategically placed berms. Instead of traditionally long races of the other motorsports (e.g., 165 minutes for the Indy 500), Alpha divided its events into less than ten-minute heats run eight times per day for each of the two car

3

classes, on shorter and more compact tracks. This format could generate 60-90 minutes of quality, action-packed television content. In addition to television, the Company effectively used social media to get its content in front of audiences.

2.2. Another example of the phenomenon of disrupting a traditional sport includes the popularity of the UFC compared to boxing. The UFC created a fighting competition that was faster and more exciting than traditional boxing. Fewer rounds (five versus twelve in traditional boxing) increases the pace of action and holds the attention of the audience. The UFC, which is the sanctioning body for mixed martial arts competitions, controls the rights to exploit its events. Ideal for television, based on the number of events the league holds, the UFC has generated strong broadcast licensing fee revenue over the past several years. UFC's large, young, passionate audience drove the valuation of its 2017 sale to a group of investors for $4 billion, the most expensive transaction for an upstart organization in sports history.  The transaction was even more impressive considering UFC had been purchased for only $2 million in 2000.

2.3. Ski cross and Snowboard cross are two other extreme sports that have entered the mainstream. Ski cross combines traditional Alpine skiing with the competition of having multiple racers take the course at the same time, racing head-to-head. The format adds close competition, and, in some instances, spectacular crashes, that wow audiences. Ski cross and snow board cross have been perennial events at the Winter X Games since it began in 1997. ESPN began broadcasting the Winter X Games in 2002. By 2010, the Winter X Games had 43 million viewers and 84,000 attendees, based on the excitement of sports like ski cross and snowboard cross. These are not fringe sports as both Ski cross and Snowboard cross were included in the Olympic Games in Vancouver in 2010.

## 3.  Alpha GRP Financial Analysis

3.1. In 2017, the Company generated $5.6 million in revenue, negative $4.7 million in gross profit and negative $8.3 million in EBITDA (EBITDA means earnings before interest, taxes, depreciation and amortization and equals gross profit less overhead expenses).

3.2. Over its five years of operations, Alpha's revenues were comprised of sponsorships (47% of the total), manufacturing fees (24%), event appearance fees (8.5%), entry fees (8.5%) and TV rights fees (1.5%).

## 4.  Projection Assumptions

4.1. FAS used the actual financial history and forward-looking projections provided by the Company as the basis for our analysis.  FAS questioned certain Company executives concerning the historical activities and projection assumptions and compared same to available public information to ensure that the Company's projections appeared reasonable.  A description of the projection assumptions is outlined below.

**4.2. Revenues**

4.2.1. **Sponsorships** – Sponsorship revenue represented amounts paid by corporations to have their brands associated with the Series. Since inception, Red Bull, the multi-national energy drink company, was the title sponsor of the Series. Red Bull is a well-established partner of extreme sports companies, such as Alpha, that target the young male demographic. In addition, the Company had other automotive related sponsors, such as BFGoodrich for tires, and automotive lubricants. The Company also had several consumer-oriented sponsors, such as, breweries, eateries and technology companies.   The value of sponsorships was projected to rise as attendance, television viewers and social media followers increased over the first five years of the projection period.

4.2.2. **Linear TV Rights** – Revenue from Linear TV Rights represented the sale of TV broadcast rights to a network or cable station. The Series was broadcast on NBC and NBC Sports. The projections anticipate the Series to grow to 15 races by 2022, creating a critical mass of programming, which would justify a major TV licensing contract assumed to begin in 2020.  Although UFC earns most of its money from pay per view broadcasts, its Fox contract is expected by analysts to be worth at least $200 million annually.

4.2.3. **Ticket Sales and Event Related** – This category represents ticket sales, food and beverages, VIP and other consumer engagement activities. In 2017, ticket sales per race equaled around $64,000. Tickets sales per race were projected to increase 70%, on average, over the first five years of the projection period as the Series expanded its product offering, such as VIP amenities. Additionally, total ticket sales and event revenue was projected to increase with the addition of races in 2019-2022. Increases in race attendance was assumed to be driven by proposed increases in marketing and PR spend over 2018-22.

4.2.4. **Free OTT** – The Company was in discussions with Turner Broadcasting to have its races included in Turner's newly launched BR Live sports streaming services alongside the NBA and UEFA Champions League soccer.  These types of free content streaming services are also known as "Over-the-Top" or "OTT". The Free OTT services was projected to be offered in 2018. Free OTT revenue was projected to equal $250,000 in 2018, increasing to $4.5 million by 2022.

4.2.5. **OTT Subscription –** The Company had reached an agreement with the Turner Network to create a subscription-based OTT platform to launch by 2022. The subscription-based platform was projected to launch with 25,000 subscribers based on the expansion of races over the five years which would generate content to support such a service, and the large social media savvy fan base.  The projections assume consumers pay roughly $8 per month for the service.  The free streaming, pay-per-view and subscription OTT would all be non-exclusive and co-exist with the Company's NBC TV deal.

4.2.6. **Manufacturing Fees** – Manufacturing fees represented amounts paid by auto manufacturers to field specific teams of drivers to race in the Series. Since inception, there were three primary auto manufacturers. In addition to the main three car companies, individual teams paid a fee to enter the Series. In 2017, the three car manufacturers paid $600,000 per year to participate in the Series. The 2018 manufacturing fee per auto maker was projected to increase 67%, based on the assumption of additional marketing and PR spend which would raise the profile of the participating auto makers. The 2019 fee per auto maker was assumed to increase 50% based on the expansion in the number of races and the overall increase in the exposure of the Series. In addition, total manufacturing fee revenue assumed one additional auto manufacturer joins the Series. The 2020 total manufacturing fee projection assumed one additional automaker.

4.2.7. **Brand Licensing/Merchandise –** This category represented the sale of Red Bull GRP licensed merchandise including apparel. In 2017, brand licensing/merchandise equaled roughly 4% of ticket sales revenue, which is a conservative approximation of fan attendance. Brand licensing/merchandising as a percentage of ticket sales was projected to increase to 15% of ticket sales by 2020, as the popularity of the brand increases and the Company expands its offering of licensed merchandise.

4.2.8. **Promoter/City Income** – Promoter/City Income was generated by fees paid by local venues for the right to host Series races. In 2017, Promoter/City Income equaled $12,000 per race. Promoter income per race was projected to increase roughly 80% per year on average to $238,000 by 2020. Total Promoter/City income increases with the addition of races subsequent to 2018.

4.2.9. **Entry Fees and Other** – Entry fees are amounts paid by individual teams to participate in the Series. In 2017, entry fees equaled $27,000 on average per race. Entry fees per race are projected to increase 50% on average per year through 2022, as the Series gains in popularity. In addition, total entry fees are projected to increase by the addition of races in years 2019 – 2022.

## 4.3. Costs of Sales

4.3.1. **Event and Competition Cost** – Event and competition costs included the cost of setting up the venues to the Company's specifications. In 2017, event and competition costs equaled $750,000 per venue. The per venue cost was projected to remain constant over the next five years. Total cost is projected to increase as additional venues are added.

4.3.2. **TV Production Cost** – TV production costs were amounts required to make races available to television broadcast and include the staff and equipment (cameras, audio capture, filming behind the scenes materials, etc.) required. In 2017, TV production costs equaled $300,000 per venue. TV production costs per venue were projected to remain constant over the next 5 years due to efficiencies

6

achieved in the production process. Total TV production costs increase in 2019 – 2022 with the additional of venues.

4.3.3. **TV Airtime Purchases –** TV airtime purchases equaled $1.2 million in 2017 down from $2 million in 2015 even with an increase in activity due to efficiencies. This cost item was assumed to continue to decrease 20%, on average, per year until 2020, and remain constant at $600,000 per year thereafter.

4.3.4. **Marketing & PR** – Marketing and PR were the costs to build the Red Bull GRP brand, attract attendees to local races and draw viewers to the network telecast. Marketing & PR equaled $144,000 in 2017 and was projected to equal $1.6 million in 2018, which equals 16% of revenue. As revenues grow and the Company achieves economies in its marketing and PR efforts, this cost was assumed to decline to 6% of revenue by 2022.

4.3.5. **OTT Marketing** – OTT marketing represented marketing to consumers to attract viewers to the platform and is projected to equal 20% of OTT revenue which is in-line with of the marketing on other entertainment media, i.e., DVDs.

4.3.6. **Team Subsidy** – Team subsidy was roughly $500,000 in 2017 and was assumed to remain constant thereafter.

4.3.7. **OTT Partner Cost** – OTT partner costs represented the OTT provider's share of subscription fees charged for operating the platform and was projected to equal 30% of OTT subscription revenue.

4.3.8. **Red Bull Marketing Contribution –** The Company was in discussions for Red Bull to contribute a portion of the overall marketing spend for the Series. The amount assumed for 2018 equaled $800,000, increasing roughly 18% per year on average for the next four years to $1.8 million by 2020.

4.3.9. **Selling, General and Administrative (SG&A) –** SG&A includes travel and entertainment, payroll and bonuses, insurance and other expenses. SG&A as a percentage of revenue in 2017 equaled 64%. As revenue grew and the Company achieves economies of scale, SG&A was assumed to decrease to 7% of revenue by 2022.

4.4. **Additional Capital Investment –** As the Company was projected to continue to have negative operating cash flow, it had a fully negotiated engagement agreement with The Benchmark Company to raise growth capital via a Reg A-1 initial public offering.

**5. Valuation Methods**

5.1. FAS has considered several valuation approaches when estimating the Fair Market Value of the Company's business: (1) the Income Approach; (2) the Market Approach; (3) the Cost Approach.

5.2. The Income Approach indicates the Fair Market Value of a company based on the value of the cash flows that a corporation can be expected to generate in the future. The Market Approach indicates the Fair Market Value of a corporate entity based on a comparison of the company to comparable enterprises and transactions in its industry as well as actual transactions and on asking prices for companies currently available for sale.  The Cost Approach is a technique that uses the concept of replacement cost as an indicator of Fair Market Value.

5.3. Generally accepted valuation practice indicates that the range of methodologies should be explored in arriving at the Fair Market Value.

5.4. Income Approach

    5.4.1.   The Income Approach indicates the Fair Market Value of a company based on the present value of the cash flows that the company can be expected to generate in the future. This approach is typically estimated through a discounted cash flow calculation (DCF). Under the DCF valuation, the valuation is comprised of: the present value of estimated future cash flows for the projection period discounted at a rate of return that considers the relative risk of achieving the cash flows and the time value of money.

5.5. Market Approach

    5.5.1.   The Market Approach indicates the Fair Market Value of a company based on exchange prices in actual transactions and on asking prices for assets currently offered for sale. The process essentially involves comparison and correlation of the subject entity with other similar corporations, either publicly traded prices or mergers and acquisitions of comparable companies. Adjustments for differences in factors described (i.e., size, age, profitability, cost, and actual content) are also considered. This variation of the Market Approach results in an indicated Fair Market Value of a marketable, controlling interest in the Company.

5.6. Cost Approach

    5.6.1.   The Cost Approach estimates the Fair Market Value of a company using the concept of replacement cost as an indicator of Fair Market Value. The premise of the Cost Approach is that a prudent investor would pay no more than the amount for which the company could be replaced or reproduced.  This approach is considered in valuations of tangible assets such as real estate or a company that is being appraised on a basis other than as a going concern. Given the unique nature

of Company, the Cost Approach has limited relevance for establishing its long-term value. However, the investment-to-date of $45 million sets a floor of the Company's value.

**6.   Selection of Methods**

6.1. For the Valuation of the Company, FAS relied on the Income and the Market Approach methods.

6.2. For each of the two Methods, FAS arrived at a range of values (low, middle and high).

6.3. Income Approach

6.3.1.1.   Under the Income Approach, revenues and cost are forecast for a discrete period of time. Thereafter, the subsequent value of a company is calculated on the final cash flow. The final cash flow is meant to be representative of the stabilized operations of the company to be valued. This "terminal value" can be calculated using the Gordon Growth Model, also known as the perpetuity method, and a form of DCF calculation.

6.3.1.2.   Alpha's revenues and costs are described in Section 4 above and illustrated in the Appendix Table 1.

6.3.1.3.   The sustainable growth rate is the projected long-term growth rate of the subject company on an average basis. FAS concluded that the Company's sustainable growth rates range from 2.5% to 7.5%. See Appendix Table 3.

6.3.1.4.   The perpetuity method also requires the calculation of a discount rate. FAS used a range of discount rates for each growth rate ranging from 18% to 22% reflecting the relativity newness of the Company's operations. See Appendix Table 3. The growth and discount rates are applied to the terminal year cash flow (Year 2020: $74.2 million) to calculate future operating cash flows (e.g., EBITDA) in perpetuity.

6.3.1.5.   The range of values based on the Income Approach are $381 million to $707 million.

6.3.2.   Market Approach

6.3.2.1.   Under the Market Approach, described in the Valuation Method section above, FAS attempted to identify comparable publicly traded companies or mergers and acquisitions of comparable companies to determine value based on actual corporate values. To select valuation multiples, FAS considered the Companies industry, organizational structure, and historical and projected financial performance.

6.3.2.2. FAS selected Formula One, World Wrestling Entertainment, Inc., Ultimate Fighting Championship Ltd, World Triathlon Corp., Dorna Sports, Street League Skateboarding, and Competitor Group as comparable companies for the Market Approach analysis (See Appendix Table 2).

6.3.2.3. From the comparable companies selected, FAS analyzed the multiple of EBITDA and the multiple of revenue. Both are industry standard valuation multiples.  The average enterprise value to revenue multiple of these four similar entities was 5.2X which is conservative compared to the estimated 6.7X multiple reflected in the $4 billion UFC sale.

6.3.2.4. Whereas the Company was projected to generate positive operating cash flow (e.g., EBITDA) after 2017, at the time of this valuation, the Company was not generating positive cash flow.  Therefore, FAS analyzed companies that have recently been listed on the public equity market that have negative earnings. These companies include well known entities such as Lyft, Snap Chat and Pinterest.  Since these entities do not have earnings to calculate an EBITDA multiple, their stock prices are often analyzed using revenue multiples.  Typically, these companies have been valued at revenue multiples ranging from 8X to 20X. To be conservative, these companies were not utilized for the Alpha valuation, for which revenue multiples of 4.5-6.4X were used.

6.3.2.5. The various multiples, derived from the comparable dataset of companies, were applied against the projected revenue and EBITDA of the Company in 2022 at which time the Company is assumed to have reached a steady state of profitability.

### 6.3.3. EDITDA Multiple

6.3.3.1. Utilizing the EBITDA multiple, the enterprise value of a company is determined by multiplying EBITDA by an appropriate multiple obtained from the analysis of comparable companies.

6.3.3.2. FAS arrived at a range of values (low, middle, high) based on the multiples of the comparable companies. The low valuation used the average of the enterprise value-to-EBITDA for the list of comparable companies, excluding the highest two ratios, which equals 16.6X. The high valuation used the average of the enterprise value-to-EBITDA for the list of comparable companies, excluding the lowest two ratios, which equals 37.4X.  The middle valuation used the average of all seven comparable companies which equals 25.7X. See Appendix Table 4.

6.3.3.3. Applying these EBITDA multiples to the estimated 2022 EBITDA results in values equal to $1.2 billion using the low EBITDA multiple, $1.85 billion using the middle multiple, and $2.75 billion using the high multiple.

6.3.4. Revenue Multiple

6.3.4.1. Utilizing the revenue multiple, the enterprise value of a company is determined by multiplying revenue by an appropriate multiple obtained from the analysis of comparable companies.

6.3.4.2. FAS arrived at a range of values (low, middle, high) based on the multiples of the comparable companies. The low valuation used the average of the enterprise value-to-revenue for the list of comparable companies, excluding the highest two ratios, which equals 4.5X. The high valuation used the average of the enterprise value-to-revenue for the list of comparable companies, excluding the lowest two ratios, which equals 6.4X. The middle valuation used the average of all seven comparable companies which equals 5.5X. See Appendix Table See Appendix Table 5.

6.3.4.3. Applying these revenue multiples to the estimated 2022 revenue results in values of $531 million using the low revenue multiple, $649 million using the middle multiple, and $755 million using the high multiple.

7. **Conclusion of Value**

7.1. FAS utilized an average of the perpetuity method, EBITDA multiple and revenue multiple to determine the Company's enterprise value. The average of the three methods results in a range of enterprise values from a low of $700 million to a midrange of $1 billion and a high of $1.4 billion.

7.2. From the enterprise values, FAS deducted debt outstanding to third parties of $43 million to arrive at the value of the equity equal to low of $657 million, a middle value of $957 million and high of $1.37 billion.

7.3. These values reflect the amount the Company These values reflect the amount the Company has been damaged as a result of the wrongdoing committed by Defendant relating to the allegations of the First Amended Complaint.

_____

Philip Fier

## QUALIFICATIONS AND EXPREINCE

Philip Fier, the Principal of FAS, has over twenty-five years of experience in the film industry, specializing in the areas of finance and distribution.  Fier graduated from Middlebury College and then received a Master's degree from Columbia University School of International Affairs with a specialization in International Finance and Economic Development.

Beginning in 1990, Fier was the sole loan officer in Los Angeles overseeing the workout of over $1 billion in bad loans to 20 different insolvent entertainment companies.  In this role, Fier settled hundreds of claims, advised the bank on taking possession of its collateral and aggregated and managed the bank's 1,000-title library that was eventually sold for over $200 million.

Subsequent to that position, in 1997, Fier became Vice President and CFO of 20th Century Fox's international theatrical division, overseeing a staff of over 100 financial executives in 30 offices around the world.  Among other responsibilities, Fier acted as a business liaison with outside licensors including New Regency, MGM and Lucasfilm. Subsequent to this role, in 2000, Fier became Senior Vice President of Business Development at Sony Pictures.  In this role, Fier supervised groups that handled distribution analysis, strategic planning, greenlight, acquisition and talent deal analysis, and acted as a liaison with third party licensors including Revolution Studios, among other responsibilities.

In 2002, Fier started FAS which provides consulting on finance and distribution strategies to investors, banks and multinational entertainment corporations.  The services provided by FAS include the following: create and review business plans; advise on distribution and talent arrangements; appraise media assets; structure and negotiate third party financing; advise Trustees and/or creditors in bankruptcies; and provide litigation support and strategy.  A large majority of the work centers around financial modeling (see Appendix A for a list of recent clients).

Over the years, Fier's asset appraisals have been used by clients to submit to the IRS or to use by accounting firms to establish a tax basis; to settle claims in bankruptcy court; to support damages calculations in litigation; and to assist in various types of commercial transactions.

# RESUME

## PHILIP FIER

11500 Olympic Avenue
Los Angeles, CA 90064
Office: (323) 785-3005
pfier@focusadvisoryservices.com
www.focusadvisoryservices.com

---

## CAREER EXPERIENCE

### FOCUS ADVISORY SERVICES LLC, PRINCIPAL                                                  2002-PRESENT

Focus Advisory Services LLC is a full service financial and management consulting firm, specializing in media and entertainment, particularly film, television, internet, and publishing. Among the services provided are the following: create and review business plans, advise on distribution and talent arrangements, structure and negotiate third party financing, advise Trustees and/or creditors in bankruptcies and litigation support and strategy.

- Clients include some of the largest and most successful independent film companies (AMBI, Mosaic, Studio 8, Imagenation), media corporations (Mandalay, WWE, EA), entertainment law firms, financial institutions (Comerica Bank, Commerzbank, Raven Capital), high net worth individuals and other independent producers, financiers and entrepreneurs.

- Write business plans for film funds, comic book publishers, high tech firms, and internet content companies; advise multi-million film fund; appraise film libraries;, advise on contingent compensation for talent; provide strategic advice on distribution operations; obtain single picture financing; advise on US and international distribution deals with studios and independents; act as expert witness in multiple litigations; and advise creditors and Trustees in complex entertainment bankruptcies (Alchemy, Franchise, Relativity).

### SONY PICTURES ENTERTAINMENT
### BUSINESS DEVELOPMENT, SENIOR VICE PRESIDENT                                            2000-2002

Responsible for all strategic planning for the Motion Picture Group, including worldwide theatrical and video distribution, single film and video catalog acquisitions, talent deal analysis, outside financing and studio film model.

- Supervised groups that created and implemented Sony's proprietary software model which predicts ancillary revenue and costs based on box office and which is used to analyze and negotiate talent deals, acquisitions and the "greenlighting" of films.

- Negotiated creative solutions with outside producers, such as Revolution Pictures, concerning worldwide distribution. Special projects included distribution rights valuation for studio catalog product, local language film production and music rights administration.

### 2OTH CENTURY FOX
### INTERNATIONAL THEATRICAL DIVISION, VICE PRESIDENT                                       1997-2000

Acted as CFO for division with over $800 million in revenue, $300 million in costs, a $45 million overhead budget and over 600 employees in 30 countries. Directly managed all finance and administration functions. Had over 100 direct and indirect reports.

- Liaison with top producers such as Lucasfilm, New Regency and MGM. Advised acquisition executives on deal structure and pricing. Worked with TV and video groups on optimal release planning.

- Extensive work with marketing and print vendors. Substantially improved collection of exhibitor receivables. Approved marketing budgets and established marketing cost controls. Implemented new IT systems for booking and billing theaters and for monthly close.

**CREDIT LYONNAIS/EPIC PRODUCTIONS, ASSISTANT TO THE CEO**                                      1996-97

Acted as CFO/COO for entity owning 1,000 title film and TV catalog.  Responsibilities included management of all aspects of the operations including video and television distribution, post-production, legal, tax, IT and accounting.

- Established new management organization; developed television rights and music publishing sales strategy; and created corporate tax structure.  Structured and negotiated 100 title domestic home video license.  Managed all aspects of video operations including approval of price point changes, promotional strategies, returns policies, and Columbia House relationship.

- Negotiated and settled nearly $100 million in lawsuits and claims with various talent, producers, distributors and other creditors.  Initiated and negotiated distributor audits.

- Worked with investment bank and lawyers on due diligence files and developed cash flow projections resulting in an extremely successful sale of the company for $225 million.

**CREDIT LYONNAIS, LOS ANGELES**
**ENTERTAINMENT FINANCE DIVISION, ASSISTANT VICE PRESIDENT**                                      1991-1997

Sole executive in L.A. leading work-out of over $1 billion in non-performing loans to over 20 independent film and television production and distribution companies.  Exercised day-to-day management control over entities.  Had approval rights over all management decisions.

- Structured and negotiated loan agreements.  Prepared valuations of film rights and liabilities for bids in bankruptcies and foreclosures.  Initiated audits and supervised legal strategy.

- Utilized outside legal and accounting teams and private investigators to uncover fraud, locate cash and assets and reconcile corporate records.  Negotiated with bankruptcy trustees and counsel concerning asset valuations, drafting of the plans and competing claims.

**CREDIT LYONNAIS, NEW YORK**
**LEVERAGED ACQUISITIONS DIVISION, ASSISTANT TREASURER**                                      1989-1991

Structured senior financing for acquisitions and other leveraged transactions for a variety of industries including consumer products (Tonka), manufacturing (Coltec, York International, Jefferson Smurfit, Stone Container), retail (Grand Union, Saks Fifth Avenue), financial services (National Re, Conseco, Mass Mutual) equipment leasing (Primeco) and casinos/hotels (Promus, Ceasar's, Circus Circus).  In addition, worked on loan restructurings for Interco and Big 5/Thrifty.

**CHASE MANHATTAN BANK**
**MANAGEMENT TRAINING PROGRAM, ASSISTANT TREASURER**                                      1988-1989

**U.S. DEPARTMENT OF COMMERCE**
**FOREIGN DIRECT INVESTMENT RESEARCH, ANALYST**                                      1985

**WILLKIE FARR & GALLAGHER, PARALEGAL**                                      1983-1985

## EDUCATION

**COLUMBIA UNIVERSITY, NEW YORK, NY**
M.A. International Finance and Economics

**MIDDLEBURY COLLEGE, MIDDLEBURY, VT**
B.A. History, Studio Art minor

**FIER TESTIMONY SINCE 2014**

Allianz Risk Transfer AG, et al v. Paramount Pictures Corp., Case No. 1:08-cv-10420, US District Court for the Southern District of New York – plaintiff – report and deposition

Huayi Brothers International Limited v Poquito Productions, IFTA Arbitration #16-30 – defendant and counter-claimant – report and testimony

ITN Flix LLC v Trejo, JAMS Arbitration No. 1220048140 – plaintiff – deposition

ITV Gurney Holdings Inc. v Scott & Deidre Gurney, Case No. BC643237, Superior Court of the State of CA for the County of LA – defendant – report and deposition

Metro-Goldwyn-Mayer-Studios (Appellant) Inc. v Canadian IRS (Respondent) – 2012-5117 (IT) 6 – defendant – report and court ordered mediation

Ro*co International, et al v. Oprah Winfrey Network, JAMS Arbitration 1220051525 – plaintiff – report, deposition and arbitration testimony

Small Ventures USA, LP v. Rizvi Traverse Management, LLC, et al, Civil Action No.: 4:11-CV-3072, US District Court for the Southern District of Texas – defendant – report and deposition

Third Eye Capital Corp., et al v Hill & Brand Productions, et al, Case No. BC487234, Superior Court of the State of CA for the County of LA – plaintiff – report, deposition and trial testimony

Utopia Films LLC v Arc Entertainment, AAA Arbitration, Case No. 72-140-000989-13 – plaintiff – report and arbitration testimony

# APPENDIX

# TABLE 1

**ALPHA GRP Summary Annual Profit & Loss**

US$ - rounded

| | Actuals | Projections | | | | |
|---|---|---|---|---|---|---|
| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| **Revenues** | | | | | | |
| Sponsorships | 2,462,000 | 4,150,000 | 7,020,000 | 11,772,000 | 18,835,000 | 30,136,000 |
| Linear TV Rights | 0 | 0 | 0 | 0 | 0 | 15,000,000 |
| Ticket Sales and Event Related | 804,000 | 1,608,000 | 3,049,000 | 5,253,000 | 8,404,000 | 14,408,000 |
| Free OTT | 0 | 250,000 | 750,000 | 2,000,000 | 3,000,000 | 4,500,000 |
| OTT Subscription | 0 | 0 | 0 | 0 | 0 | 25,000,000 |
| Manufacturing Fees | 1,800,000 | 3,000,000 | 6,000,000 | 9,000,000 | 13,500,000 | 20,250,000 |
| Event Appearance Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Brand Licensing/Merchandise | 40,000 | 80,000 | 183,000 | 368,000 | 672,000 | 2,140,000 |
| Promoter/City Income | 146,200 | 288,000 | 598,000 | 1,162,000 | 2,016,000 | 3,570,000 |
| Entry Fees and Other | 469,800 | 597,600 | 1,063,400 | 1,694,000 | 2,255,400 | 2,895,000 |
| Total Revenue | 5,722,000 | 9,973,600 | 18,663,400 | 31,249,000 | 48,682,400 | 117,899,000 |
| | | | | | | |
| **Cost of Sales** | | | | | | |
| Event and Competition Cost | (5,947,000) | (5,896,000) | (7,370,000) | (8,344,000) | (9,750,000) | (11,250,000) |
| TV Production Cost | (2,573,000) | (2,580,000) | (3,220,000) | (3,860,000) | (4,190,000) | (4,830,000) |
| TV Airtime Purchases | (1,200,000) | (1,000,000) | (800,000) | (600,000) | (600,000) | (600,000) |
| Marketing & PR | (145,000) | (1,600,000) | (2,000,000) | (2,400,000) | (3,160,000) | (7,500,000) |
| OTT Marketing | 0 | 0 | 0 | 0 | 0 | (5,000,000) |
| Team Subsidy | (455,000) | (500,000) | (500,000) | (500,000) | (500,000) | (500,000) |
| OTT Partner Cost | 0 | 0 | 0 | 0 | | (7,500,000) |
| Red Bull Marketing Contribution | 0 | 800,000 | 1,000,000 | 1,200,000 | 1,470,000 | 1,800,750 |
| Total Cost of Sales | (10,320,000) | (10,776,000) | (12,890,000) | (14,504,000) | (16,730,000) | (35,379,250) |
| | | | | | | |
| **Gross Profit** | (4,598,000) | (802,400) | 5,773,400 | 16,745,000 | 31,952,400 | 82,519,750 |
| | | | | | | |
| **SG&A** | | | | | | |
| Travel & Ent | (357,000) | (350,000) | (385,000) | (423,000) | (584,000) | (750,000) |
| Payroll and Bonuses | (2,070,000) | (2,133,000) | (2,599,000) | (3,641,000) | (4,381,000) | (4,999,000) |
| Other SG&A | (1,111,000) | (1,128,000) | (1,241,000) | (1,365,000) | (1,460,000) | (2,499,000) |
| Total SG&A | (3,538,000) | (3,611,000) | (4,225,000) | (5,429,000) | (6,425,000) | (8,248,000) |
| | | | | | | |
| EBITDA | (8,136,000) | (4,413,400) | 1,548,400 | 11,316,000 | 25,527,400 | 74,271,750 |
| | | | | | | |
| *Number of Races* | *12* | *12* | *13* | *14* | *14* | *15* |
| *Number of Venues* | *8* | *8* | *10* | *12* | *13* | *15* |

## TABLE 2

Comparable Companies

| | Ticker | Market Cap/Transac tion Value | Enterprise Value | Revenue | EBITDA | Enterprise Val / Rev | Enterprise Val / EBITDA |
|---|---|---|---|---|---|---|---|
| Formula One | FWONA | 8,890 | 12,993 | 1,830 | 350 | 7.10 | 37.12 |
| World Wrestling Entertainment, Inc. | WWE | 6,558 | 6,470 | 925 | 123 | 7.00 | 52.82 |
| Ultimate Fighting Championship Ltd | | 4,000 | 4,000 | 600 | 180 | 6.67 | 22.22 |
| World Triathlon Corp. | | 650 | 900 | 151 | n.a | 5.95 | n.a |
| Dorna Sports | | 515 | 1,321 | 244 | 75 | 5.41 | 17.66 |
| Street League Skateboarding | | 5 | 14 | 6 | 0 | 2.47 | n.a |
| Competitor Group | | 250 | 250 | 126 | 25 | 1.98 | 10.00 |
| | | | | | Low - mean ex 2 highest | 4.50 | 16.63 |
| | | | | | High - mean ex 2 lowest | 6.42 | 37.39 |
| | | | | | Mean | 5.23 | 27.96 |
| | | | | | Mean ex high & low | 5.50 | 25.67 |

## TABLE 3

US$

| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| EBITDA | 1,548,400 | 11,316,000 | 25,527,400 | 74,271,750 |

**Year 5 EBITDA**  74,271,750

| | | Terminal Growth Rate | | |
|---|---|---|---|---|
| | | 2.5% | 5.0% | 7.5% |
| Discount Rate | 18.0% | 479,173,000 | 571,321,000 | 707,350,000 |
| | 20.0% | 424,410,000 | 495,145,000 | 594,174,000 |
| | 22.0% | 380,881,000 | 436,893,000 | 512,219,000 |

## Table 4

US$

Enterprise Valuation on Comparable Company EBITDA Multiple

| | | | |
|---|---|---|---|
| Avg. Equity/EBITDA Multiple | 16.6 | 25.7 | 37.4 |
| Company EBITDA Years 5 | 74,271,750 | 74,271,750 | 74,271,750 |
| Company Enterprise Value Using Multiple of EBIDTA | 1,188,348,000 | 1,856,794,000 | 2,748,055,000 |

18

**Table 5**

US$
Enterprise Valuation on Comparable Company Revenue Multiple

| | | | |
|---|---|---|---|
| Avg. Equity/Revenue Multiple | 4.5 | 5.5 | 6.4 |
| Company Revenue Years 5 | 117,899,000 | 117,899,000 | 117,899,000 |
| Enterprise Value Using Multiple of Revenue | 530,545,500 | 648,445,000 | 754,554,000 |

**Table 6**

US$
Company Enterprise Value

| | Low | Middle | High |
|---|---|---|---|
| Perpetuity Method | 380,881,000 | 495,145,000 | 707,350,000 |
| Multiple of EBITDA Method | 1,188,348,000 | 1,856,794,000 | 2,748,055,000 |
| Multiple of Revenue Method | 530,545,500 | 648,445,000 | 754,554,000 |
| Average | 699,925,000 | 1,000,128,000 | 1,403,320,000 |
| Less: Total Third Party Loans | (42,941,000) | (42,941,000) | (42,941,000) |
| Enterprise Value | 656,984,000 | 957,187,000 | 1,360,379,000 |

## CASE MATERIALS

First Amended Complaint, Alpha GRP, Inc. d/b/a Red Bull Global Rallycross v. Subaru of America, Inc., No. 2:18-cv-02133-MWF (C.D. Cal.).

Excel spreadsheet reflecting Alpha GRP Historical and Projected Financials (2017-10-17 GRP Projection Model)

Powerpoint presentation presenting overview of Alpha GRP (GRP Company Overview)

Powerpoint presentation presenting 2017 recap (GRP 12.2 Red Bull Global Rallycross 2017 Recap)

Digital Trends, "Watching Red Bull Global Rallycross is like witnessing a real-life Mad Max chase." (https://www.digitaltrends.com/cars/why-global-rallycross-is-right-motorsport/)

Speed Hunters, "Is This The Greatest Motorsport of All Time?" (www.speedhunters.com/2016/07/greatest-motorsport-time/)

Road and Track, "Why Indy 500 Winning Teams are Flocking to Global Rallycross." (https://www.roadandtrack.com/motorsports/a26274/indycar-teams-to-rallycross/)

Sports business Journal, "Plugged In: Colin Dyne, Red Bull Global Rallycross." (https://www.sportsbusinessdaily.com/Journal/Issues/2016/05/30/People-and-Pop-Culture/Plugged-In.aspx)

ARS Technica, "Automotive ADD: Why Red Bull Global Rallycross might save motorsport." (https://arstechnica.com/cars/2016/08/automotive-add-why-red-bull-global-rallycross-might-save-motorsport/2/)

Sports business Journal, "What drove UFC's $billion deal." (https://www.sportsbusinessdaily.com/Journal/Issues/2016/07/18/Leagues-and-Governing-Bodies/UFC.aspx)

Formula One Group, World Wrestling Entertainment, Inc., Ultimate Fighting Championship Ltd, World Triathlon Corp., Dorna Sports, Street League Skateboarding, and Competitor Group financial data, https://finance.yahoo.com

Lyft, Inc. financial data, https://finance.yahoo.com/quote/LYFT/key-statistics?p=LYFT&.tsrc=fin-srch

Pinterest, Inc. financial data, May 9, 2019 https://finance.yahoo.com/quote/PINS/key-statistics?p=PINS

Snap, Inc. financial data, https://finance.yahoo.com/quote/SNAP/key-statistics?p=SNAP&.tsrc=fin-srch