# EXHIBIT D

Scott S. Humphreys, SBN 298021
humphreyss@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
SUBARU OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLYCROSS, a Delaware Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation<br><br>        Defendant. | CASE NO. 2:18-CV-02133-MWF<br><br>**SUBARU OF AMERICA, INC.'S THIRD SET OF INTERROGATORIES TO PLAINTIFF ALPHA GRP, INC.**<br><br>Action Filed:    March 14, 2018 |

PROPOUNDING PARTY:    Defendant Subaru of America, Inc.

RESPONDING PARTY:    Plaintiff Alpha GRP, Inc.

SET NUMBER:    Set Three (3)

DMWEST #38251140 v1

Pursuant to Rule 33 of the Federal Rule of Civil Procedure, Defendant Subaru of America, Inc. ("Subaru") hereby serves its Third Set of Interrogatories to Plaintiff Alpha GRP, Inc. ("Alpha GRP" or "You").  You are required to serve responses to these Special Interrogatories within thirty (30) days of service to Subaru's counsel of record at the offices of Ballard Spahr, LLP, 2029 Century Park East, Suite 800, Los Angeles, CA, 90067.

## INSTRUCTIONS

1. In responding to these Interrogatories, Alpha GRP is required to furnish all information within its possession, custody, or control as well as within the possession, custody or control of its officers, agents, employees or any others under its supervision or direction whether past or present.

2. These Interrogatories are continuing in nature.  If any information or documents sought by these Interrogatories is not learned, identified, or discovered until after the response is served, or if any responses should later become incorrect or incomplete for any reason, Alpha GRP has a continuing duty to supplement or change responses previously served pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## INTERROGATORIES

**INTERROGATORY NO. 16:**

Identify by bates stamps all documents that You have produced in response to Subaru's Request for Production No. 42, which requests "A copy of the email sent by Colby Rodriguez on or about February 5, 2018 with an attached invitation containing a dial-in for a call on February 8, 2018 (ALPHA0055350-0055351) which identifies all individuals to whom the email and attached invitation were sent."

**INTERROGATORY NO. 17:**

Identify by bates stamps all documents that You have produced in response to Subaru's Request for Production No. 43, which requests that "To the extent that YOU contend that representatives of Subaru received an invitation with the dial-in

number for the February 8, 2018 call, all DOCUMENTS and COMMUNICATIONS that support that contention.

**INTERROGATORY NO. 18:**

Identify by bates stamps all documents that You have produced in response to Subaru's Request for Production No. 53, which requests "Copies of all contracts or other written agreements that YOU entered into with any entities related to the 2018 Alpha GRC series, including but not limited to any racing venues, TV production companies, media organizations (including but not limited to NBC and Turner Sports), vendors, sponsors (including but not limited to Red Bull, Polaris, Continental Tires, and Total Lubricants) as identified in paragraph 71 of YOUR First Amended Complaint."

**INTERROGATORY NO. 19:**

If You contend that You entered into any written agreements with NBC for the 2018 GRC race series, identify all such written agreements by bates stamps.

**INTERROGATORY NO. 20:**

If You contend that You entered into any written agreements with any Turner Broadcasting entity, including but not limited to Turner Sports and/or Turner Digital Broadcasting for the 2018 GRC race series, identify all such written agreements by bates stamps.

**INTERROGATORY NO. 21:**

If Your answer to Subaru's Request for Admission No. 11, which requests that You "Admit that Alpha GRP, Inc. did not enter into any written agreements with NBC for the 2018 series" is anything other than a unqualified admission then identify by bates stamps all documents in support of Your denial of that request.

**INTERROGATORY NO. 22:**

If Your answer to Subaru's Request for Admission No. 12, which requests that You "Admit that Alpha GRP, Inc. did not enter into any written agreements with Turner Sports or any other Turner Broadcasting entity for the 2018 series"

1  is anything other than a unqualified admission then identify by bates stamps all
2  documents in support of Your denial of that request.

3  **INTERROGATORY NO. 23:**

4      Identify all damages, if any, that You are seeking to recover from Subaru in
5  this action.

6  **INTERROGATORY NO. 24:**

7      State the amount of all damages, if any, that You are seeking to recover
8  from Subaru in this action.

9  DATED:  October 1, 2019         **BALLARD SPAHR LLP**

10                                    */s/ Scott S. Humphreys*
11                                    Scott S. Humphreys

12
13                                  Attorneys for Defendant
                                 SUBARU OF AMERICA, INC.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **PROOF OF SERVICE**

I declare that on October 1, 2019, I served a true and correct copy of the foregoing **SUBARU OF AMERICA, INC.'S THIRD SET OF INTERROGATORIES TO PLAINTIFF ALPHA GRP, INC.** on counsel of record for Plaintiff Alpha GRP, Inc. via electronic mail to the address listed below pursuant to the mutual agreement of counsel to accept service by electronic mail in this action.

Michael A. Bowse
BOWSE LAW GROUP, A.P.C.
801 South Figueroa Street, 25th Floor
Los Angeles, California  90017
Telephone:  213.344.4700
Email:  mbowse@bowselawgroup.com

Counsel for Plaintiff ALPHA GRP, INC.,
d/b/a RED BULL GLOBAL RALLYCROSS

*/s/ Scott S. Humphreys*
Scott S. Humphreys

DMWEST #38251140 v1

PROOF OF SERVICE