1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLYCROSS, a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation,<br><br>　　　　Defendant. | Case No. 2:18-CV-02133-MWF-MRW<br><br>**[PROPOSED] ORDER RE: SUBARU OF AMERICA, INC.'S EX PARTE APPLICATION TO STRIKE PLAINTIFF'S EXPERT REPORT ON DAMAGES**<br><br>Action Filed:　　March 14, 2018<br>Pretrial Conf.:　　June 1, 2020<br>Trial Date:　　July 14, 2020 |

Before the Court is Defendant Subaru of America, Inc.'s ("Subaru") *Ex Parte* Application to Strike Plaintiff's Expert Report on Damages ("Application"). The Court, having fully considered the Application, any opposition thereto filed by Plaintiff Alpha GRP, Inc. ("Alpha"), and all others papers and argument presented by counsel, HEREBY ORDERS as follows:

1. The Application is GRANTED;
2. Alpha's "Damages Report of Focus Advisory Services, LLC" and Philip Fier dated November 8, 2019 is hereby STRICKEN in its entirety for non-compliance with the requirements of the Federal Rules of Civil Procedure, and Alpha is further PRECLUDED from offering any testimony or evidence in this action on damages for any purpose, including at trial and in support of or opposition to any motion for summary judgment.
3. Alpha is further ORDERED to pay Subaru the reasonable expenses, including attorneys' fees, that Subaru incurred in connection with the Application. Subaru is directed to file with the Court documentation establishing the amount of such expenses and attorneys' fees.

IT IS SO ORDERED

DATED:                                              BY THE COURT:

_____
Honorable Michael W. Fitzgerald

Ballard Spahr LLP
999 Peachtree Street
Suite 1000
Atlanta, GA 30309-3915
Telephone: 678.420.9300