# EXHIBIT A

# Michael Bowse

| | |
|---|---|
| **From:** | ca9_ecfnoticing@ca9.uscourts.gov |
| **Sent:** | Wednesday, November 13, 2019 8:57 PM |
| **To:** | Michael Bowse |
| **Subject:** | 19-55763 Adam Perzow v. Moshe Hogeg, et al "Streamlined Request to Extend Time to File Brief" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**United States Court of Appeals for the Ninth Circuit**

**Notice of Docket Activity**

The following transaction was entered on 11/13/2019 at 8:57:13 PM PST and filed on 11/13/2019

| | |
|---|---|
| **Case Name:** | Adam Perzow v. Moshe Hogeg, et al |
| **Case Number:** | 19-55763 |

**Docket Text:**
Filed (ECF) Streamlined request for extension of time to file Opening Brief by Appellant Adam Perzow. New requested due date is 12/11/2019. [11498333] [19-55763] (Bowse, Michael)

**Notice will be electronically mailed to:**

Mr. Michael A. Bowse, Attorney
Rita M. Haeusler, Attorney