**BALLARD SPAHR LLP**
Scott S. Humphreys (SBN 298021)
 *humphreyss@ballardspahr.com*
2029 Century Park East, Suite 800
Los Angeles, CA  90067
Telephone: 424.204.4400
Facsimile:   424.204.4350

Neal Walters (Pro Hac Vice)
 *waltersn@ballardspahr.com*
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
Telephone: 856.761.3438
Facsimile:   856.761.1020

Attorneys for Defendant,
SUBARU OF AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLYCROSS, a Delaware Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation,<br><br>            Defendant. | Case No. 2:18-CV-02133-MWF-MRW<br><br>**SUBARU'S REQUEST TO AMEND SCHEDULING ORDER RE: REBUTTAL EXPERT DISCLOSURES**<br><br>Action Filed:    March 14, 2018<br>Pretrial Conf.:  June 1, 2020<br>Trial Date:       July 14, 2020 |

Subaru of America, Inc. ("Subaru") respectfully requests that the Court amend the Scheduling Order (Dkt. 73) to provide that rebuttal expert disclosures shall not be due until at least 30 days after a ruling on Subaru's pending *ex parte* application to strike plaintiff's expert report on damages. (Dkt. 74.)

Today, this Court granted Plaintiff until Friday, November 22 to file its opposition to the *ex parte*. (Dkt. 76.) Subaru appreciates that the issues raised in the *ex parte* are of critical importance, and would not have opposed the request for an extension as a matter of professional courtesy.[1] Nonetheless, Subaru had to seek relief *ex parte* because it could not allow itself to be prejudiced as a result of Plaintiff's failure to comply with Rule 26 in the first instance.

As things stand now, the deadline to serve rebuttal expert disclosures is December 10.[2] Subaru will be irreparably prejudiced if required to engage experts who will be forced to guess at the grounds for the opinions set forth in Plaintiff's expert's deficient damages report while the *ex parte* is pending. Without waiver of its request that the damages report be stricken in its entirety, to mitigate further prejudice, Subaru respectfully requests that the Court order that Subaru shall have, at a minimum, 30 days after a ruling on the *ex parte* to serve any expert rebuttal disclosures.

Dated: November 15, 2019          Respectfully submitted:

**BALLARD SPAHR LLP**

 */s/ Scott S. Humphreys*

*Attorneys for Defendant,*
*Subaru of America, Inc.*

---

[1] When counsel met and conferred on Tuesday, November 12, Plaintiff's counsel did not identify any time constraints or conflict with Ninth Circuit briefing, and did not subsequently request any extension prior to filing its response to the ex parte.

[2] The Scheduling Order set an initial expert disclosure deadline of November 6, 2019, and rebuttal deadline of December 6, 2019 (Dkt. 73). Alpha requested, and Subaru agreed, to extend the deadline for Alpha to serve its expert report until Friday, November 8, with Subaru's rebuttal reports being due Tuesday, December 10, 2019.