Michael A. Bowse (SBN 189659)
  mbowse@bowselawgroup.com
BOWSE LAW GROUP
801 S. Figueroa St., 25th Floor
Los Angeles, CA 90017
Telephone/Fax:  213.344.4700

Attorney for Plaintiff
ALPHA GRP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLYCROSS, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation<br><br>    Defendant. | Case No. 2:18-CV-02133-MWF-MRW<br><br>**PLAINTIFF'S UNOPPOSED  EX PARTE APPLICATION TO AMEND SCHEDULE SET IN DECEMBER 9, 2019 ORDER [DKT. NO. 81]**<br><br>[Proposed] Order Lodged Herewith<br><br>Action Filed:      March 14, 2018 |

**TO THE HONORABLE COURT:**

Pursuant to L.R. 7-19 and Rule 16 of the Federal Rules of Civil Procedure, Plaintiff Alpha GRP, Inc. ("Alpha"), by and through its undersigned counsel, hereby respectfully applies *ex parte* for an Order modifying the schedule established in this Court's December 9, 2019 Order (Dkt. No. 81) (the "December 9 Order") regarding expert reports and fact discovery pertaining to Alpha's amended expert report. Counsel for Alpha has spoken to counsel for Defendant Subaru of America, Inc. ("Subaru"), who does not oppose the requested relief.

Alpha requests modification of the December 9 Order because Alpha's CEO

and 30(b)(6) designee, Colin Dyne, is experiencing extremely serious health issues that are currently making it impossible for Mr. Dyne, both individually and as Alpha's 30(b)(6) designee to appear for the deposition the December 9 Order authorized Subaru to take.

The December 9 Order established a December 20, 2019 deadline for Alpha to serve an amended expert report, a February 24, 2020 deadline for Subaru to complete certain fact discovery related to Alpha's amended expert damages report and a March 30, 2020 deadline for Subaru to prepare and serve rebuttal expert reports. (December 9 Order, Dkt. No. 81, at 2-3.) After Alpha served its amended expert report to Subaru, Subaru noticed depositions of the individuals identified in the amended expert report, Colin Dyne and Joseph Miller, and of Alpha's damages expert, Philip Fier, for depositions to take place on January 15, 2020, January 16, 2020 and February 18, 2020, respectively. Thereafter, the parties met and conferred regarding the discovery that would be conducted by Subaru. Alpha's expert produced documents to Subaru and the parties scheduled depositions that Subaru would take consistent with the December 9 Order.

Subaru has taken one of the scheduled depositions, Joseph Miller, and was scheduled to take the depositions of Alpha's expert and Colin Dyne, during the week of February 17. However, those depositions had to be rescheduled when Alpha's counsel became ill on Monday, February 17. The parties arranged to speak by telephone once Alpha's counsel had recovered in order to re-schedule the depositions.

Then, on Thursday, February 21, counsel for Alpha learned that Colin Dyne was experiencing extremely serious health issues and had been in the hospital Intensive Care Unit at St. John's Hospital since Saturday, February 15. Mr. Dyne cannot possibly appear for deposition while hospitalized and in his current condition. No timeline for Mr. Dyne's recovery is currently known. Counsel for Alpha hopes to know the prospects and timeline for Mr. Dyne's recovery within the next 2 weeks.

Until the prospects and timeline for Mr. Dyne's recovery are known, it will not be possible to reschedule his deposition.  Moreover, because Alpha's expert relied on information provided to him by Mr. Dyne to prepare his report, Subaru cannot complete its expert-related discovery or serve its own rebuttal expert report until after Mr. Dyne is deposed (assuming Mr. Dyne recovers sufficiently to be deposed).

In light of these facts and issues, Alpha respectfully requests that the Court vacate the February 24 and March 30 deadlines established in the December 9 Order. Alpha requests that it be permitted to submit a status report regarding these issues, with which it meets and confer with Subaru, by March 9, 2020.  Subaru does not oppose the request for the Court to provide a suitable alternative schedule to accommodate discovery if Mr. Dyne becomes available for deposition, and reserves all other rights should Mr. Dyne's deposition not be able to go forward.

Respectfully submitted:

DATED:  February 24, 2020

BOWSE LAW GROUP

 /s/ *Michael A. Bowse*
Michael A. Bowse

Attorney for Plaintiff
ALPHA GRP, INC.