Michael A. Bowse (SBN 189659)
  *mbowse@bowselawgroup.com*
BOWSE LAW GROUP
801 S. Figueroa St., 25th Floor
Los Angeles, CA 90017
Telephone/Fax: 213.344.4700

Attorney for Plaintiff
ALPHA GRP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLYCROSS, a Delaware Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation<br><br>  Defendant. | Case No. 2:18-CV-02133-MWF-MRW<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION TO AMEND SCHEDULE SET IN DECEMBER 9, 2019 ORDER [DKT. NO. 81]**<br><br>Action Filed:   March 14, 2018 |

Before the Court is the Plaintiff's Unopposed Ex Parte Application to Amend Schedule Set in December 9, 2019 Order (the "Application") filed on February 26, 2020.

In the Application, Plaintiff requests that the Court suspend deadlines established for fact discovery pertaining to plaintiff Alpha GRP, Inc.'s ("Alpha") amended expert report and defendant Subaru of America, Inc.'s ("Subaru") rebuttal expert report(s) in the Court's December 9, 2020 Order (Docket No. 81). Plaintiff explains that its CEO and 30(b)(6) designee is experiencing serious health issues for

1  which he is currently hospitalized.  Alpha represents that Mr. Dyne is currently
2  unable to testify at the deposition noticed by Subaru and requests on that basis that
3  the February 24 deadline for Subaru to complete fact discovery pertaining to Alpha's
4  amended expert report and the March 30 deadline for Subaru to serve its rebuttal
5  expert report(s) be suspended until a timeline for Mr. Dyne's recovery is known.

      Having considered the Application, and good cause appearing, the Court will permit a continuance as requested by Alpha and unopposed by Subaru.  The February 24 and March 30 deadlines established in the Court's December 9, 2019 Order are suspended.  Alpha is directed to meets and confer with Subaru and submit a status report regarding these issues by March 9, 2020.

IT IS SO ORDERED

DATED:  February 27, 2020

_____
HON. MICHAEL W. FITZGERALD

ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR ORDER MODIFYING DEC. 9 ORDER