1 | Michael A. Bowse (SBN 189659)
    *mbowse@bowselawgroup.com*
2 | BOWSE LAW GROUP
    801 S. Figueroa St., 25th Floor
3 | Los Angeles, CA 90017
    Telephone/Fax:  213.344.4700
4 |
    Attorney for Plaintiff
5 | ALPHA GRP, INC.

6 |

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 |

11 |

12 | ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLYCROSS, a Delaware Corporation,

Case No. 2:18-CV-02133-MWF-MRW

**PLAINTIFF'S STATUS REPORT PURSUANT TO FEBRUARY 27 ORDER [DKT. NO. 83]**

13 |            Plaintiff,

14 | v.

15 |

16 | SUBARU OF AMERICA, INC., a New Jersey Corporation

Action Filed:        March 14, 2018

17 |            Defendant.

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**TO THE HONORABLE COURT:**

Plaintiff Alpha GRP, Inc. submits this Status Report as directed by the Court's February 27, 2020 Order on Plainitff's Unopposed *Ex Parte* Application (Dkt. No. 83). Prior to submitting this Status Report, counsel for plaintiff met and conferred with counsel for defendant Subaru of America, Inc. regarding the matters discussed herein.

Colin Dyne, Plaintiff's CEO and 30(b)(6) designee, was released from the hospital late last week, but is currently confined to bed and remains under constant medical care and supervision. Plaintiff anticipates that will remain the case for approximately 2 weeks. After that 2-week period, Plaintiff expects to receive a more definite timeline for Mr. Dyne's recovery and ability to testify at deposition.

Accordingly, Plaintiff requests that it be directed to submit another status report regarding these issues on March 23, at which point it expects to have sufficient information to allow it to substantively meet and confer with Subaru regarding scheduling.

Respectfully submitted:

DATED:  March 9, 2020

BOWSE LAW GROUP

 */s/  Michael A. Bowse*
 Michael A. Bowse

Attorney for Plaintiff
ALPHA GRP, INC.