Michael A. Bowse (SBN 189659)
 *mbowse@bowselawgroup.com*
BOWSE LAW GROUP
801 S. Figueroa St., 25th Floor
Los Angeles, CA 90017
Telephone/Fax: 213.344.4700

BALLARD SPAHR LLP
Scott S. Humphreys (SBN 298021)
 *humphreyss@ballardspahr.com*
2029 Century Park East, Suite 800
Los Angeles, CA 90067
Telephone: 424.204.4400
Facsimile: 424.204.4350

Neal Walters (Pro Hac Vice)
 *waltersn@ballardspahr.com*
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
Telephone: 856.761.3438
Facsimile: 856.761.1020

Attorneys for Defendant,
SUBARU OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLYCROSS, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendant. | Case No. 2:18-CV-02133-MWF-MRW<br><br>**JOINT STATUS REPORT PURSUANT TO MARCH 13 ORDER [DKT. 85]** |

1

JOINT STATUS REPORT PURSUANT TO MARCH 13 ORDER [DKT. 85]

Plaintiff Alpha GRP, Inc. ("Alpha") and Defendant Subaru of America, Inc. ("Subaru") respectfully submit this Joint Status Report pursuant to the Court's March 13, 2020 Order (Dkt. 85).

Alpha's counsel has not been able to connect with Mr. Dyne since Alpha filed its last status report on March 9. (Dkt. 84). Alpha's counsel expects to connect with Mr. Dyne this weekend, and then to meet and confer with Subaru's counsel regarding Mr. Dyne's condition and the scheduling in this action. The Parties therefore request that they be permitted to provide a further joint status report to the Court on or before Friday, April 3, 2020.

Respectfully submitted:

Dated: March 27, 2020          BOWSE LAW GROUP

   */s/ Michael A. Bowse*
      Michael A. Bowse

   *Attorneys for Plaintiff*
   *Alpha GRP, Inc.*

Dated: March 27, 2020          BALLARD SPAHR LLP

   */s/ Scott S. Humphreys*
      Neal Walters
      Scott S. Humphreys

   *Attorneys for Defendant*
   *Subaru of America, Inc.*