**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLYCROSS, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendant. | Case No. 2:18-CV-02133-MWF-MRW<br><br>**AMENDED SCHEDULING ORDER** |

Before the Court is the Parties' Joint Stipulation to Amend Scheduling Order filed on April 22, 2020 (Dkt. No. 91). For good cause appearing, the Court hereby ORDERS that the scheduling order in this action is AMENDED as follows:

| Event | Date |
|---|---|
| Deposition of Alpha's 30(b)(6) witness, Colin Dyne | Before May 15, 2020 |
| Deposition of Alpha's expert witness, Philip Fier | Before June 15, 2020 |

| | |
|---|---|
| Rebuttal expert report | Monday, July 20, 2020 |
| Expert discovery cut-off | Wednesday, August 19, 2020 |
| Last day to hear motions | Monday, October 19, 2020 |
| Last day to conduct ADR proceedings | Monday, November 16, 2020 |
| File memorandum of contentions of fact and law, exhibit and witness lists, status report regarding settlement, and motions in limine | Monday, February 1, 2021 |
| Lodge pretrial conference order, file agreed set of jury instructions and verdict forms, file statement regarding disputed instructions and verdict forms, and file oppositions | Monday, February 8, 2021 |
| Final pretrial conference and hearing on motions in limine | Monday, February 22, 2021, at 11:00 a.m. |
| Trial date (Est. 7-10 days) | Tuesday, March 9, 2021, at 8:30 a.m. |

The Court incorporates by reference its prior Order Re Jury Trial (Docket No. 28). The parties shall be familiar with the Court's pretrial and trial requirements.

IT IS SO ORDERED.

DATED: April 23, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge